UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**02-80382**
**CIV-ZLOCH**

CASE NO.

**MAGISTRATE JUDGE**
**SIMONTON**



UNITED STATES OF AMERICA,        )
                                 )
    Plaintiff,                   )        Tract No. 102-137-E
                                 )        (EAST EVERGLADES)
v.                               )
                                 )
35.40 ACRES OF LAND, MORE OR     )
LESS, IN THE COUNTY OF           )
DADE, STATE OF FLORIDA; and RUSTIC )
RANCHES DEVELOPMENT CORPORATION, )
et al., and UNKNOWN OWNERS,      )
                                 )
    Defendants.                  )
_____)

### COMPLAINT IN CONDEMNATION
### PURSUANT TO DECLARATION OF TAKING

1.    The plaintiff, the United States of America, by and
through the undersigned Assistant United States Attorney for the
Southern District of Florida, hereby brings this action to take
property at the request of THOMAS E. WHITE, Secretary of the Army,
for the taking of 35.40 Acres of Land, More or Less, Situated in
Dade County, Florida, under the power of eminent domain, by and
through the Declaration of Taking executed by THOMAS E. WHITE, and
for the ascertainment and award of just compensation to the owners
and parties in interest.

2.    The authority for the taking of the land is stated in
Schedule A, attached hereto.

3.    The public uses for which the land is taken are stated in
Schedule A, attached hereto.



4.   The property taken, the estates to be taken and the names and addresses of persons having or claiming an interest in the property are contained in Schedule B.

5.   A plat showing the land taken is attached as Schedule C.

6.   The Rustic Ranches Subdivision Easement Relocation Plan-C-51 Westend/STA-1E Project is attached as Schedule D.

7.   Local and State taxing authorities may have, or claim, an interest in the property by reason of taxes and assessments.

8.   In addition to the persons named, there are, or may be, others who have or may claim some interest in the property taken, whose names are unknown to the plaintiff; such persons are, hereby, made parties to the action under the designation, "Unknown Owners."

**WHEREFORE**, the plaintiff prays that this Court order that the property be condemned, pursuant to both the Declaration of Taking filed with this complaint and the Declaration of Taking Act, 40 U.S.C. § 258a; that just compensation for the taking be ascertained and awarded; and that this court order such other relief as may be lawful.

Respectfully submitted,

GUY A. LEWIS
UNITED STATES ATTORNEY


By: _____
BARBARA A. JUNGE
Assistant United States Attorney
Florida Bar No. 993270
99 N.E. 4th Street
Miami, Florida 33132
TEL: (305) 961-9412
FAX: (305) 530-7139

2

SCHEDULE "B"

LEGAL DESCRIPTION OF TRACT 102-137-E

An easement, lying, situate and being in Townships 43 and 44 South, Range 40 East, Palm Beach County, Florida, for ingress, egress, drainage, utilities and for any other use incidental thereto over and upon a strip of land 75 feet in width, the center line being described as follows:

Commencing at the intersection of the South line of the West Palm Beach Canal and the East line of Section 34, Township 43 South, Range 40 East, Palm Beach County, Florida, thence North 88° 21' 18" West along the said South line of the West Palm Beach Canal, a distance of 88 feet to the POINT OF BEGINNING of the hereinafter described center line; thence South 01° 15' 44" West through Section 34, Township 43 South, Range 40 East, Hiatus Lot 3, Sections 3 and 10, Township 44 South, Range 40 East, to a point 37.5 feet South of the South line of the North half of Section 15, Township 44 South, Range 40 East; also Easterly from said line, along the South line of the North half of said Section to the West line of Section 14, Township 44 South, Range 40 East.

Together with:

A strip of land 75 feet in width extending completely across Section 14, Township 44 South, Range 40 East, Palm Beach County, Florida in an East-West direction, the centerline thereof being located at the South line of the North half of said Section 14.

Containing 35.4 acres, more or less.

PURPORTED OWNERS:

Rustic Ranches Development Corporation
Serve on: Thomas S. Waldron, registered agent
1920 Palm Beach Lakes Boulevard #202
West Palm Beach, Florida 33409
Fee owner of a portion of the North ½ of Section 13, Township 44 South, Range 40 East also known as Lot 17 Rustic Ranches as described in Quit Claim Deed recorded in Official Record Book 3518, page 112

Judgment:
Frank M. Robertia and Maria N. Robertia
16490 Rustic Road, Post Office Box 153
Loxahatchee, Florida 33470-0153
(Judgment creditor of Rustic Ranches Development Corporation) recorded in Official Record Book 3712, page 214)

SCHEDULE "B"
CONTINUED

Warrant:
State of Florida Department of Revenue
c/o Mark T. Aliff, Esquire
Department of Legal Affairs
The Capitol - Tax Section
Tallahassee, Florida 32399-1050
(Tax warrant filed against Rustic Ranches Development Corporation recorded in Official
Record Book 6938, page 1939 and Official Record Book 7685, page 866)

Federal Tax Lien:
Internal Revenue Service, Special Procedures Branch
1 North University Drive, Stop 5730
Plantation, Florida 33324
(Federal tax lien filed against property of Rustic Ranches Development Corporation
recorded in Official Record Book 7011, page 1353 and Official Record Book 7693, page
881)

Tax Certificate:
A. Gutierez
3621 NW 108th Street
Coral Springs, Florida 33065
(Holder of Tax Certificate for delinquent real estate taxes on Lot 17 Rustic Ranches)

Rachel L. Caudle and Rachel L. Caudle, Trustee of the Rachel L. Caudle Revocable
Living Trust
c/o Jacks Nursery
5461 Rural Route 2 Johnson Road
Coconut Creek, Florida 33073-3610
Fee owner of portion of South ½ of Section 13, Township 44 South, Range 40 East
consisting of 5.01 acres as described in Official Record Book 9417, page 250

Mortgage:
The Farm Credit Bank of Columbia
P.O. Box 1499
Columbia, South Carolina 29202
(Mortgage holder on the property of Rachel L. Caudle and Rachel L. Caudle, Trustee of
the Rachel L. Caudle Revocable Living Trust recorded in Official Record Book 4352,
page 332, assigned in Official Record Book 6813, page 1673 and in Official Record
Book 6926, page 1263)

Laurence H. Murray and Judith A. Murray
1535 Northwest 100th Drive
Coral Springs, Florida 33071-5940
Fee owner of two parcels in portion of South ½ of Section 13, Township 44 South,
Range 40 East consisting of 10.29 acres as described in Official Record Book 8207,
page 377

SCHEDULE "B"
CONTINUED

Paul C. Schwartz
976 Water Lodge Road
Hewlett Harbor, New York 10970
Fee Owner of a portion of the South ½ of Section 13, Township 44 South, Range 40
East consisting of 5.01 acres and Lot R-27 Unrecorded Subdivision of Rustic Ranches
Phase II both parcels described more fully in Special Warranty Deed recorded in Official
Record Book 10970, page 327

Federal Tax Lien:
Internal Revenue Service, Special Procedures Branch
1 North University Drive, Stop 5730
Plantation, Florida 33324
(Federal Tax lien against Plants for Tomorrow, a prior owner the South ½ of Section 13,
Township 44 South, Range 40 East consisting of 5.01 acres, and Lot R-27 Unrecorded
Subdivision of Rustic Ranches Phase II, recorded in Official Record Book 9525, page
391)

Federal Tax Lien:
Internal Revenue Service, Special Procedures Branch
1 North University Drive, Stop 5730
Plantation, Florida 33324
(Federal Tax lien against Paul & Linda B. Schwartz recorded in Official Record Book
7280, page 1561)

Judgment:
Preferred National Insurance Company
c/o Florida Insurance Commissioner
The Capitol Building
Tallahassee, Florida 32399
(Judgment creditor of Plants For Tomorrow, Inc, a Colorado corporation, a prior owner,
the South ½ of Section 13, Township 44 South, Range 40 East consisting of 5.01 acres
and Lot R-27 Unrecorded Subdivision of Rustic Ranches Phase II, recorded in Official
Record Book 10300, page 688)

Judgment:
Suwannee Forest Products, Inc., a Florida corporation
c/o Randy K. Nobles, Registered Agent
P.O. Box 893
Live Oak, Florida 32060
(Judgment creditor of Plants For Tomorrow, Inc., a Florida corporation, a prior owner
the South ½ of Section 13, Township 44 South, Range 40 East consisting of 5.01 acres
and Lot R-27 Unrecorded Subdivision of Rustic Ranches Phase II, recorded in Official
Record Book 9314, page 1386)

SCHEDULE "B"
CONTINUED

Judgment:
Team Temps, Inc., d/b/a Gale Porter Temporary Help
c/o Adam A. Mainzer, Registered Agent
13313 Lake George Place
Tampa, Florida 33618
(Judgment creditor of Plants For Tomorrow, Inc., a Colorado corporation, a prior owner
the South ½ of Section 13, Township 44 South, Range 40 East consisting of 5.01 acres
and Lot R-27 Unrecorded Subdivision of Rustic Ranches Phase II, recorded in Official
Record Book 8757, page 961)

Judgment:
Tu-Co Peat, Inc., a Florida corporation
c/o Michael L. Tubbs, Registered Agent
4700 Bear Road
Sebring, Florida 33872
(Judgment creditor of Plants For Tomorrow, Inc., a Florida corporation, a prior owner
the South ½ of Section 13, Township 44 South, Range 40 East consisting of 5.01 acres
and Lot R-27 Unrecorded Subdivision of Rustic Ranches Phase II, recorded in Official
Record Book 8734, page 1392)

Judgment:
Dohan and Company, P.A., C.P.A.'s, a Florida corporation
c/o Jeffrey S. Tanen, Registered Agent
One Biscayne Tower
Two South Biscayne Boulevard, Suite 3250
Miami, Florida 33143
(Judgment creditor of Plants For Tomorrow, Inc., a Florida corporation, a prior owner
the South ½ of Section 13, Township 44 South, Range 40 East consisting of 5.01 acres
and Lot R-27 Unrecorded Subdivision of Rustic Ranches Phase II, recorded in Official
Record Book 8701, page 990)

Judgment:
Mrya Schwartz
c/o Lawrence U. Taube, Esquire
1818 South Australian Avenue
Suite 400
West Palm Beach, Florida 33409-6447
(Judgment against Paul Schwartz recorded in Official Record Book 10623, page 821)

Judgment:
Dodge Enterprises, Inc., a Florida corporation
Serve on: Robert D. Hiday, registered agent
4100 Southpoint Drive East, Suite 3
Jacksonville, Florida 32216
(Judgment creditor of Paul Schwartz recorded in Official Record Book 11138, page 543,
and assignment recorded in Official Record Book 11366, page 134)

SCHEDULE "B"
CONTINUED

Tax Certificate:
Harold L. Jurist, Trustee under Agreement dated 5-29-90
4001 North Ocean Boulevard #1604
Boca Raton, Florida 33431
(Holder of Tax Certificate for delinquent real estate taxes on the South ½ of Section 13, Township 44 South, Range 40 East consisting of 5.01 acres and Lot R-27 Unrecorded Subdivision of Rustic Ranches Phase II)

Tax Certificate:
Saul & Company as Custodian
123 South Broad Street
Philadelphia, Pennsylvania 19109
(Holder of Tax Certificate for delinquent real estate taxes on the South ½ of Section 13, Township 44 South, Range 40 East consisting of 5.01 acres and Lot R-27 Unrecorded Subdivision Rustic Ranches Phase II)

Vito Torchia, a married man
149 South Macquesten Parkway
Mount Vernon, New York 10550-1724
Fee Owner of a portion of South ½ of the Southeast ¼ of Section 13, Township 44 South, Range 40 East consisting of 9.65 acres as described in Official Record Book 4846, page 1104

Mortgage
R. E. Chamberlain, Jr., Trustee
255 East Drive, Suite D
Melbourne, Florida 32901
(Mortgage holder on the property of Vito Torchia recorded in Official Record Book 4702, page 1578)

Michael R. Briggs and Laura Marie Briggs, husband and wife
2851 Flying Cow Ranch Road
Loxahatchee, Florida 33470-5004
Fee Owner of a portion of South ½ of Section 13, Township 44 South, Range 40 East consisting of 10.00 acres as described in Quitclaim Deed recorded in Official Record Book 11456, page 896

Judgment:
Ronald Mercier
2950 South Seacrest Boulevard
Boynton Beach, Florida 33435
(Judgment creditor of Michael Briggs recorded in Official Record Book 9986, page 1591)

SCHEDULE "B"
CONTINUED

Herbert Roessiger a/k/a Herbet Roessiger
4372 Tarpon Road
Venice, Florida 34293-5979
Fee owner of Lot R-13 Unrecorded Subdivision of Rustic Ranches Phase II as
described in Warranty Deed recorded in Official Record Book 4812, page 141(Smith)
The Warranty Deed recorded in Official Record Book 4823, page 553, conveying the
subject property from Herbert Roessiger to Clyde Smith and Tammy Huddleston
contains a typographical error in the legal description, and Quitclaim Deed recorded in
Official Record Book 11645, page 146

Luis Garcia, a/k/a Luis F. Garcia
12163 Sycamore Court
Wellington, Florida 33414
Fee owner of Lot R-14 Unrecorded Subdivision of Rustic Ranches Phase II as
described in Warranty Deed recorded in Official Record Book 11600, page 1030 and
Lot R-15, Unrecorded Subdivision of Rustic Ranches Phase II as described in Warranty
Deed recorded in Official Record Book 10143, page 301

Mortgage Lot R-14:
Frances S. Woofenden, Trustee of the Frances S. Woofenden Trust Agreement U/A/D/
February 3, 1998
8559 Wendy Lane East
West Palm Beach, Florida  33411
(Mortgage holder on the property of Luis Garcia recorded in Official Record Book
11600, page 1032)

Mortgage Lot R -15
Clara Monaga a/k/a Clara Monagas
834 El Vedado
West Palm Beach, Florida 33405
(Mortgage holder on the property of Luis F. Garcia recorded in Official Record Book
10143, page 303)

Mortgage Lot R -15
Chi L. Linville
1322 Southern Boulevard
West Palm Beach, Florida 33406
(Mortgage holder on property of Luis F. Garcia, recorded in Official Record Book 4901,
page 322)

SCHEDULE "B"
CONTINUED

Judgment:
Anthony S. Difilippo
c/o Mathews & Jakobcin
1325 South Congress Avenue
Boynton Beach, Florida  33426
(Judgment creditor of Louis Garcia and Emma Garcia recorded in Official Record Book
9686, page 185, certified in Official Record Book 9692, page 350)

Judgment:
State of Florida
c/o State Attorney for Palm Beach County
401 North Dixie Highway
West Palm Beach, Florida 33401
(Judgment creditor of Louis Garcia Jr. a/k/a Luis Garcia recorded in Official Record
Book 8673, page 260, certified in Official Record Book 8680, page 976, judgment
creditor of Luis Garcia recorded in Official Record Book 9852, page 1284, in Official
Record Book 9360, page 1638, certified in Official Record Book 9389, page 902,
judgment creditor of Luis H. Garcia recorded in Official Record Book 11773, page 326,
certified in Official Record Book 11775, page 1221, judgment creditor of Luis H. Garcia
recorded in Official Record Book 11773, page 332, certified in Official Record Book
11775, page 1227, judgment creditor of Luis R. Garcia recorded in Official Record Book
11706, page 1271, certified in Official Record Book 11710, page 1134, judgment
creditor of Southland Insurance Co., Brodrick Bonding, and Louis Garcia recorded in
Official Record Book 4484, page 1299)

Judgment:
Maria G. Garcia
P.O. Box 574
Lake Worth, Florida 33460
(Judgment creditor of Luis Garcia and Juana Garcia recorded in Official Record Book
11003, page 1752)

Lien:
Code Enforcement Board
City of Lake Worth, Florida
7 North Dixie Highway
Lake Worth, Florida  33460-3787
(Code enforcement lien against Luis Garcia and Roman Garcia recorded in Official
Record Book 8711, page 759, certified in Official Record Book 10187, page 1672,
Official Record Book 8119, page 1992, code enforcement lien against Luis Garcia
recorded in Official Record Book 8852, page 1069, certified in Official Record Book
10187, page 1670, code enforcement liens against Luis and Caridad C. Garcia
recorded in Official Record Book 8526, page 1036, in Official Record Book 8411, page
1379, in Official Record Book 8317, page 1644, in Official Record Book 8119, page
1988, in Official Record Book 7893 page 1894, and in Official Record Book 7248, page
29)

SCHEDULE "B"
CONTINUED

Federal Tax Lien:
Internal Revenue Service, Special Procedures Branch
1 North University Drive, Stop 5730
Plantation, Florida 33324
(Federal Tax lien against Luis Garcia recorded in Official Record Book 9245, page 601
correcting lien recorded in Official Record Book 6630, page 1415, Federal Tax lien
against Luis and Caridad Garcia recorded in Official Record Book 7744, page 1639,
Official Record Book 8859, page 1163)

Judgment:
Florida Department of Revenue o/b/o
Christine Villeneuve
Florida Department of Revenue
2701 Lake Avenue
West Palm Beach, Florida 33405
Christine Villeneuve
90 Canoe Drive West Palm Beach, Florida  33415
(Judgment creditor of Luis Garcia recorded in Official Record Book 8833, page 492

Judgment:
Luisa Garcia
618 W "H" Street
Lake Worth, Florida 33460
(Judgment creditor of Luis Garcia recorded in Official Record Book 8805, page 1066)

Judgment:
Triad Systems Financial Corporation
Serve on: CT Corporation System
1200 South Pine Island Road
Plantation, Florida 33324
(Judgment creditor of G.T. Auto Parts, Inc and Luis Garcia, individually recorded in
Official Record Book 5034, page 1896, TSC Leasing Corporation the named judgment
creditor changed its name to Triad Systems Financial Corporation)

Judgment:
St. Mary's Hospital, Inc.
Serve on: Valarie G. Larcombe, Esquire
Akerman Senterfitt
777 South Flagler Drive
Suite 900E
West Palm Beach, Florida 33401
(Claim of lien against Luis A Garcia recorded in Official Record Book 7594, page 1880,
and in Official Record Book 7578, page 489)

SCHEDULE "B"
CONTINUED

Judgment:
Ford Motor Credit Company
Serve on: CT Corporation System
1200 South Pine Island Road
Plantation, Florida 33324
(Judgment Creditor of Luis O. Garcia recorded in Official Record Book 8406, page 819)

Judgment:
Aeleen D'Alessandro & Angelo D'Alessandro
2970 Via Vellaria
Lake Worth, Florida 33461
(Judgment creditor of Luis O. Garcia and Luis Garcia, Sr. and Home Improvements by
Luis, Inc. recorded in Official Record Book 8113, page 1510, certified in Official Record
Book 8133, page 1006)

Michele Marie Masso
16640 Deer Path
Loxahatchee, Florida 33470
Fee owner of Lot R-23 of Unrecorded Subdivision of Rustic Ranches Phase II as
described in Official Record Book 10727, page 1849

Mortgage:
GMAC Mortgage Corporation
Serve on: CT Corporation System, registered agent
1200 South Pine Island Road
Plantation, Florida 33324
(Mortgage holder on the property of Michele Marie Masso recorded in Official Record
Book 10727, page 1851 and assigned in Official Record Book 10966, page 60)

Affidavit:
Worldwide Collections, Inc.
c/o Robert Lowell, Registered Agent
210 University Drive, Suite 502
Coral Springs, Florida 33071
(Affidavit asserting interest in fixture attached to real estate recorded in Official Record
Book 6141, page 1561)

Judgment:
Barnett Recovery Corporation
c/o Robert K. Bieri, Registered Agent
9000 Southside Boulevard
Jacksonville, Florida 32256
(Judgment creditor of Sandra Johnson, a prior owner of Lot R-23 of Unrecorded
Subdivision of Rustic Ranches Phase II, and Thomas Mackel recorded in Official
Record Book 7762, page 431)

SCHEDULE "B"
CONTINUED

Judgment:
John F. Kennedy Memorial Hospital, Inc.
c/o Jeannette M. McGill, Registered Agent
Quantum Foundation, Inc.
505 South Flagler Drive, Suite 1460
West Palm Beach, Florida 33401
(Judgment creditor of Jerry W. Johnson, a/k/a and Sandra Johnson, a prior owner of Lot
R-23 Unrecorded Subdivision of Rustic Ranches Phase II, recorded in Official Record
Book 4473, page 1713, certified in Official Record Book 4499, page 1310)

Judgment:
Florida Aircraft Federal Credit Union
17000 Bee Line Highway
West Palm Beach, Florida 33418
(Judgment creditor of Sandra A. Johnson, a prior owner of Lot R-23 Unrecorded
Subdivision of Rustic Ranches Phase II, recorded in Official Record Book 2991, page
415, certified in Official Record Book 3024, page 124)

Lien:
Good Samaritan Hospital, Inc. d/b/a Good Samaritan Medical Center
c/o Valerie Larcombe, Registered Agent
1309 North Flagler Drive
West Palm Beach, Florida 33401
(Lien filed against Sandra D. Johnson, a prior owner of Lot R-23 Unrecorded
Subdivision of Rustic Ranches Phase II, recorded in Official Record Book 7320, page
1691)

Judgment:
State of Florida
Department of Rehabilitative Services
2701 Lake Avenue
West Palm Beach, Florida  33405
(Judgment creditor of Sandra L. Johnson, a prior owner of Lot R-23 Unrecorded
Subdivision of Rustic Ranches Phase II, recorded in Official Record Book 8058, page
1945 and Official Record Book 8832, page 640)

Lien:
Jupiter Medical Center
c/o Joel T. Strawn, Registered Agent
54 N.E Fourth Avenue
Delray Beach, Florida 33444
(Lien filed against Sandy M. Johnson, a prior owner of Lot R-23 Unrecorded Subdivision
of Rustic Ranches Phase II, recorded in Official Record Book 8430, page 1035)

SCHEDULE "B"
CONTINUED

Muriel N. Hearn and Margaret A. Hearn, joint tenants with the right of survivorship
16560 Deer Path Lane
Loxahatchee, Florida 33470-5006
Fee owner of Lot R-24, Unrecorded Subdivision of Rustic Ranches Phase II as
described in Quit Claim Deed recorded in Official Record Book 9678, page 1565

Mortgage:
America's Wholesale Lender
c/o The Prentice-Hall Corporation System, Inc.
1201 Hayes Street, Suite 105
Tallahassee, Florida 32301
(Mortgage holder on the property of Muriel N. Hearn and Margaret A. Hearn recorded in
Official Record Book 9678, page 1568, re-recorded in Official Record Book 9729, page
1368)

Vito Torchia and Mary R. Torchia, his wife
229 Winding Brook Road
New Rochelle, New York 10804-1920
Fee owner of Lots R-25 and R-26, Unrecorded Subdivision of Rustic Ranches Phase II
as described in Warranty Deed recorded in Official Record Book 7252, page 1732, Lot
R-25 and Official Record Book 6413, page 356, Lot R-26

Mortgage on Lot R-25 :
Safrabank, N.A.
Post Office Box 3008
Ocala, Florida 32674
(Mortgage holder on the property of Vito Torchia and Mary R. Torchia recorded in
Official Record Book 7252, page 1735)

Mortgage on Lot R-25
Republic Bank of New York
One Hanson Place, 6th Floor
Brooklyn, New York  11243
(Mortgage holder on the property of Vito Torchia and Mary R. Torchia recorded in
Official Record Book 11837, page 243)

John M. Kobylecki
2521 Skipiks Way
Loxahatchee, Florida 33470
Fee owner of Lot R-16 Unrecorded Subdivision of Rustic Ranches Phase II as
described in Quitclaim Deed recorded in Official Record Book 4966, page 1954

SCHEDULE "B"
CONTINUED

George Vallejo and Liliana Vallejo, his wife
3754 NW 107 Way
Sunrise, Florida 33351
Fee owner of Lot R-17 Unrecorded Subdivision of Rustic Ranches Phase II as
described in Warranty Deed recorded in Official Record Book 11835, page 686

Mortgage:
Washington Mutual Bank, FA
400 East Main Street
Stockton, California 95290
(Mortgage holder on the property of George Vallejo and Liliana Vallejo, his wife
recorded in Official Record Book 11835, page 688)

Judgment:
Federal Home Loan Mortgage
c/o Douglas M. Bales
Mangrove Bay Office Centre
17757 U.S. 19, Suite 500
Clearwater, Florida 34624
(Assignee of judgment obtained by Fleet Mortgage Corporation f/k/a Fleet Real Estate
Funding Corporation against George A. Vallejo, n/k/a George Alejandro Modric; Jane
Doe, Wife of George Alejandro Modric; Commercial Federal Bank, AFSB, Successor to
the Midland Savings Bank. Assignment recorded in Official Record Book 11064, page
1974)

Judgment:
Nelson Tiburcio
c/o Tesoro of West Palm Beach, Inc
106 North Military Trail
West Palm Beach, Florida 33415
(Judgment creditor of George A. Vallejo and Nario, Inc., recorded in Official Record
Book 11907, page 290)

Judgment:
National Satellite Sports, Inc., a Florida corporation
Serve on: Marcus W. Corwin, Registered Agent
7777 Glades Road, Suite 208
Boca Raton Florida 33434
(Judgment creditor of Nario, Inc., a Florida corporation, d/b/a The Omega, a/d/b/a
Studebakers Café, a/d/b/a Las Vegas Night Club, a/d/b/a The Image Night Club in
Gotham City, a/d/b/a Sin Night Club on Nario and George A. Vallejo recorded in Official
Record Book 11674, page 249 certified in Official Record Book 11806, page 717)

SCHEDULE "B"
CONTINUED

Leslie R. Phalen and Judith Phalen, his wife
10663 Boca Entrada Boulevard
Boca Raton, Florida 33428
Fee Owner of Lot R-18, Unrecorded Subdivision of Rustic Ranches, Phase II as
described in Warranty Deed recorded in Official Record Book 8758, page 1460

Mortgage:
NationsBank of Florida, N.A.
Post Office Box 26041
Greensboro, North Carolina 27420
(Mortgage holder on the property of Leslie R. Phalen and Judith Phalen, his wife
recorded in Official Record Book 8758, page 1462)

Frank Petzold and Connie V. Petzold, husband and wife
757 Burnette Cove Road
Canton, North Carolina 28716-5515
Fee owner of Lot R-19 and Lot 40 Unrecorded Subdivision of Rustic Ranches Phase II
as described in Warranty Deed recorded in Official Record Book 11224, page 233

Gordon L. Holmes
902 South 14th Avenue
Hollywood, Florida 33020-6100
Fee owner of Lot R-20 Unrecorded Subdivision of Rustic Ranches Phase II as
described in Warranty Deed recorded in Official Record Book 5347, page 663

Todd Minikus, a single person and Michelle Masso, a single person
16640 Deer Path Lane
Loxahatchee, Florida 33470-5006
Fee Owner of Lot R-22 Unrecorded Subdivision of Rustic Ranches Phase II as
described in deed recorded in Official Record Book 10691, page 1043:

Mortgage:
NationsBank, N.A. /n/k/a Bank of America
1480 Greenview Shores Boulevard
Wellington, Florida 33414
(Mortgage holder on the property of Todd Minikus and Michelle Masso recorded in
Official Record Book 10691, page 1046, re-recorded in Official Record Book 10890,
page 418)

Hazel L. Cook
16155 Norris Road
Loxahatchee, Florida 33470-5031
Fee Owner of Portion of Southeast ¼ of Section 13, Township 44 South, Range 40 East
consisting of 10 acres as described in Quit Claim Deed recorded in Official Record Book
11214, page 584

SCHEDULE "B"
CONTINUED

Rupert Thomas and Hyacinth Thomas, husband and wife
16096 Norris Road
Loxahatchee, Florida 33470-5030
Fee Owner of Portion of South ½ of Section 13, Township 44 South, Range 40 East
consisting of 5.01 acres as described in Warranty Deed recorded in Official Record
Book 9966, page 545

Mortgage:
First Union Nation Bank of North Carolina
7495 New Horizon Way
Frederick, Maryland 21703
(Mortgage holder on the property of Rupert Thomas and Hyacinth Thomas recorded in
Official Record Book 9966, page 547, assigned in 10458, page 275)

Eghbal Jalali and Mohataram R. Jalali, husband and wife, and Gholam Reza Omidipour
Eghbal Jalali and Mohataram R. Jalali
4141 Amber Way
Weston, Florida  33331-3166
and
Gholam Reza Omidipour
10401 W. Broward Boulevard # 304
Fort Lauderdale, Florida 33324-2133
Fee Owners of Portion of South ½ of Section 13, Township 44 South, Range 40 East
consisting of 5.01 acres as described in Warranty Deed recorded in Official Record
Book 8859, page 1787

Mortgage:
Vonni Goldberg, Mortgagee
2378 Northwest 64th Street
Boca Raton, Florida 33496
(Mortgage holder on the property of Eghbal Jalali and Mohataram R. Jalali and Gholam
Reza Omidipour recorded in Official Record Book 8859, page 1788)

Mitchell P. Biskup
9903 Northwest 52nd Lane
Miami, Florida 33178-2604
Fee Owner of Lot R-10 Unrecorded Subdivision of Rustic Ranches Subdivision, Phase
II as described in Warranty Deed recorded in Official Record Book 4995, page 1310

Roland Lecuyer and Dorothy Lecuyer, his wife
16627 Deer Path Lane
Loxahatchee, Florida 33470-5007
Fee Owner of Lot R-11 Unrecorded Subdivision of Rustic Ranches, Phase II as
described in Warranty Deed recorded in Official Record Book 6567, page 661

SCHEDULE "B"
CONTINUED

Mortgage:
Tropical Telco Federal Credit Union, Mortgagee
8000 Northwest 7th Street
Miami, Florida 33126
(Mortgage holder on the property of Roland Lecuyer and Dorothy Lecuyer  recorded in
Official Record Book 7844, page 1646)

Edgar Marino and Lily Marino, his wife
16693 Deer Path Lane
Loxahatchee, Florida 33470-5007
Fee Owner of Lot R-12 Unrecorded Subdivision of Rustic Ranches, Phase II as
described in Warranty Deed recorded in Official Record Book 8593, page 873

Mortgage:
Countrywide Home Loans, Inc.
Serve on: The Prentice-Hall Corporation System, Inc., registered agent.
1201 Hayes Street, Suite 105
Tallahassee, Florida
(Mortgage holder on the property of Edgar Marino and Lily Marino recorded in Official
Record Book 10788, page 1474)

Ramona Hunt a/k/a Ramona Hunt Morgan
16269 Deer Path Lane
Loxahatchee, Florida 33470-5007
Fee Owner of Lot R-28, Unrecorded Subdivision of Rustic Ranches Phase II as
described in Warranty Deed recorded in Official Record Book 4890, page 1710 and
Final Judgment recorded in Official Record Book 7869, page 1128

Notice of Commencement:
L & L Interiors & Remodeling, Inc.
Serve on: Lawrence B. Stufflebean, Registered Agent
924 Macy Street
West Palm Beach, Florida 33405
(Notice of Commencement filed against property of Ramona Hunt recorded in Official
Record Book 10216, page 1447)

SCHEDULE "B"
CONTINUED

Colleen Reilly and Karen Morrissey
Colleen Reilly
722 N.W. 132 Terrace
Plantation, Florida 33325
and
Karen Morrissey
2881 NE 55th Place
Fort Lauderdale, Florida 33308
Fee Owners of Lot R-29, Unrecorded Subdivision of Rustic Ranches Phase II as
described in Warranty Deed recorded in Official Record Book 11609, page 1981 (Reilly)
and Official Record Book 11656, page 1250 (Morrissey)

Mortgage:
Louis J. Reilly
722 NW 132 Terrace
Plantation, Florida 33325
(Mortgage holder on the property of Karen Morrissey recorded in Official Record Book
11656, page 1252)

Tax Certificate held by:
Saul & Company as Custodian
123 South Broad Street
Philadelphia, Pennsylvania 19109
(Holder of Tax Certificate for 1997 delinquent real estate taxes on Lot R-29, Unrecorded
Subdivision of Rustic Ranches Phase II)

Bradford H. Bell
279 Tarheel Road
Maggie Valley, North Carolina 28751-7817
Fee Owner of Lot R-30, Unrecorded Subdivision of Rustic Ranches Phase II as
described in Warranty Deed recorded in Official Record Book 3847, page 794

Cassie Michele Hinely
217 Iroquois Street
Miami Springs, Florida 33166-5116
Fee Owner of Lot R-32, Unrecorded Subdivision of Rustic Ranches Phase II as
described in Special Warranty Deed recorded in Official Record Book 5732, page 1386

Clement Falco and Mary Carmen Falco
22970 Floralwood Lane
Boca Raton, Florida 33433
Fee owners of Lot R-38, Unrecorded Subdivision of Rustic Ranches Phase II as
described in Quitclaim Deed recorded in Official Record Book 8204 page 955

SCHEDULE "B"
CONTINUED

Notice of Equitable Interest filed by
Carmine C. Falco a/k/a C. Charles R. Falco a/k/a C. Charles Falco a/k/a Charles R.
Falco
Union Correctional Institution
P.O. Box 221
Raiford, Florida 32083
Notice of Equitable Interest in Lot R-38, Unrecorded Subdivision of Rustic Ranches
Phase II recorded in Official Record Book 9608, page 140

Burke Aubry, Jr. and Karen Lynn Aubry
2785 Skipiks Way
Loxahatchee, Florida 33470-0904
Fee Owner of Lot R-39, Unrecorded Subdivision of Rustic Ranches Phase II as
described in Quit Claim Deed recorded in Official Record Book 9369, page 1455

Mortgage:
NationsBank, N.A, n/k/a/ Bank of America
801 East Hallandale Beach Boulevard
Hallandale, Florida 33009
(Mortgage holder on the property of Burke Aubry, Jr. and Karen Lynn Aubry recorded in
Official Record Book 10987, page 22, and Official Record Book 11049, page 1716)

David K. Dahlenburg and Melissa R. Dahlenburg
2923 Skipiks Way
Loxahatchee, Florida 33470-5040
Fee Owner of Lot R-41, Unrecorded Subdivision of Rustic Ranches Phase II as
described in Warranty Deed recorded in Official Record Book 8262, page 155

Mortgage:
Amtrust Bank, F.S.B.
5550 Glades Road
Boca Raton, Florida 33431
(Mortgage holder on the property of David K. Dahlenburg and Melissa R. Dahlenburg
recorded in Official Record Book 8262, page 158)

Mortgage:
SunTrust Bank, South Florida, N.A.
1501 Northeast 26th Street
Fort Lauderdale, Florida 33305
(Mortgage holder on the property of David K. Dahlenburg and Melissa R. Dahlenburg
recorded in Official Record Book 10448, page 97)

SCHEDULE "B"
CONTINUED

John E. Willey and Marilyn B. Willey
260 Davis Road
Palm Springs, Florida 33461-1903
Fee Owner of Lot R-42, Unrecorded Subdivision of Rustic Ranches Phase II as
described in Special Warranty Deed recorded in Official Record Book 5694, page 227

Judgment:
Robert Kuran and Mary Kuran
Address Unknown
(Judgment creditor of John Willey and Veronica Willey recorded in Official Record Book
4239, page 1477)

Judgment:
Somerset Homeowner's Association, Inc., a not-for-profit Florida corporation
c/o Jay S. Levine
Levine, Frank, Edgar, P.A.
3300 PGA Boulevard, Suite 500
Palm Beach Gardens, Florida 33341
(Judgment creditor of John Willey recorded in Official Record Book 7078, page 1533,
amended in Official Record Book 7118, page 608, and certified in Official Record Book
7353, page 72)

Douglas L. Mears
2952 Skipiks Way
Loxahatchee, Florida 33470-5044
Fee Owner of Lot R-43, Unrecorded Subdivision of Rustic Ranches Phase II as
described in Warranty Deed recorded in Official Record Book 6183, page 19

Mortgage:
Fidelity Federal Savings Bank of Florida
c/o CT Corporation Systems
1200 South Pine Island Road
Plantation, Florida 33324
(Mortgage holder on the property of Douglas L. Mears recorded in Official Record Book
11144, page 1707)

Tax Certificate:
Saul & Company as Custodian
123 South Broad Street
Philadelphia, Pennsylvania 19109
(Holder of Tax Certificate for delinquent real estate taxes on Lot R-43, Unrecorded
Subdivision of Rustic Ranches Phase II)

SCHEDULE "B"
CONTINUED

Marjorie S. Heap
1431 Northwest 60th Avenue
Sunrise, Florida 33313-6222
Fee Owner of Lot R-45, Unrecorded Subdivision of Rustic Ranches Phase II as
described in Warranty Deed recorded in Official Record Book 11185, page 245

Demetrios Karamagianis
10101 South Ridgeland Avenue
Chicago Ridge, Illinois 60415-1312
Fee Owner of Lot R-46, Unrecorded Subdivision of Rustic Ranches Phase II as
described in Quit Claim Deed recorded in Official Record Book 8739, page 246

John Heinsohn and Maria M. Heinsohn
1924 12th Avenue/Road #3
Toms River, New Jersey 08757-2100
Fee Owner of Lot R-47, Unrecorded Subdivision of Rustic Ranches Phase II as
described in Special Warranty Deed recorded in Official Record Book 5771, page 1292

Bruce Darrell Woods
16552 Norris Road
Loxahatchee, Florida 33470-5030
Fee Owner of Lot R-48, Unrecorded Subdivision of Rustic Ranches Phase II as
described in Warranty Deed recorded in Official Record Book 4687, page 474

Manuel J. Rodriguez Machine Shop, Inc., Profit Sharing Trust
137 NE 56th Court
Fort Lauderdale, Florida  33334
Fee Owner of Portion of South ½ of Section 13, Township 44 South, Range 40 East
consisting of 5.01 acres as described in Warranty Deed recorded in Official Record
Book 3735, page 1470

Tax Certificate:
Saul & Company as Custodian
123 South Broad Street
Philadelphia, Pennsylvania 19109
(Holder of Tax Certificate for delinquent real estate taxes that portion of South ½ of
Section 13, Township 44 South, Range 40 East owned by Manuel J. Rodriguez
Machine Shop, Inc., Profit Sharing Trust)

Tax Certificate:
Heartwood 88 Inc.
Address unknown
(Holder of Tax Certificate for delinquent real estate taxes a portion of South ½ of
Section 13, Township 44 South, Range 40 East owned by Manuel J. Rodriguez
Machine Shop, Inc., Profit Sharing Trust)

SCHEDULE "B"
CONTINUED

Tax Certificate:
County of Palm Beach
c/o John K. Clark, Tax Collector
P.O. Box 3715
West Palm Beach, Florida  33402-3715
(Holder of Tax Certificate for delinquent real estate taxes a portion of South ½ of
Section 13, Township 44 South, Range 40 East owned by Manuel J. Rodriguez
Machine Shop, Inc., Profit Sharing Trust)

Tax Certificate:
Bruce Friesner
Address Unknown
(Holder of Tax Certificate for delinquent real estate taxes a portion of South ½ of
Section 13, Township 44 South, Range 40 East owned by Manuel J. Rodriguez
Machine Shop, Inc., Profit Sharing Trust)

Nen Chin Liu and Wen Mei Liu
11174 Winding Pearl Way
Wellington, Florida 33414-8837
Fee Owner of portion of Southeast ¼ of Section 13, Township 44 South, Range 40 East
consisting of 5.00 acres as described in Warranty Deed recorded in Official Record
Book 10360, page 442

Richard E. Wright
Post Office Box 151
Loxahatchee, Florida 33470-0151
Fee Owner of Lot R-31 Unrecorded Subdivision of Rustic Ranches Phase II as
described in Warranty Deed recorded in Official Record Book 5220, page 1247

Mortgage:
First Bank of Florida
450 S. Australian Avenue
West Palm Beach, Florida 33402
(Mortgage holder on the property of Richard E. Wright recorded in Official Records
Book 9817, page 1468)

Judgment:
Annie Williams
Address unknown
(Judgment creditor of Richard Wright recorded in Official Record Book 10859, page
162)

SCHEDULE "B"
CONTINUED

Federal Tax Lien:
Internal Revenue Service, Special Procedures Branch
1 North University Drive, Stop 5730
Plantation, Florida 33324
(Lien holder on property of Richard E. Wright recorded in Official Record Book 11689, page 1002)

Judgment:
The State of Florida for the use and benefit of Palm Beach County
c/o State Attorney for Palm Beach County
401 North Dixie Highway
West Palm Beach, Florida 33401
(Judgment creditor of Belinda Ann Wright a/k/a Linda Wright, Allied Fidelity Insurance Company and A. W. Jackson Insurance Agency recorded in Official Record Book 4413, page 1482)

Richard L. Ramko
16553 Norris Road
Loxahatchee, Florida 33470
Fee Owner of Lot R-33, Unrecorded Subdivision of Rustic Ranches, Phase II as described in Warranty Deed recorded in Official Record Book 7092, page 1150

Mortgage:
Skip Petzold Realty, Inc., a Florida Corporation
c/o Frank P. Petzold, Jr.
307 South Pegasus
Clearwater, Florida 34625
(Mortgage holder on the property of Richard L. Ramko recorded in Official Records Book 5617, page 1983 as modified in Official Records Book 6773, page 1280)

Mortgage:
Community Savings, F.A.
660 U.S. Highway One
North Palm Beach, Florida 33408
(Mortgage holder on the property of Richard L. Ramko recorded in Official Records Book 10186, page 18)

Mortgage:
Federal Employees Credit Union
P.O. Box 16659
West Palm Beach, Florida 33416
(Mortgage holder on the property of Richard L. Ramko recorded in Official Record Book 10406, page 809)

SCHEDULE "B"
CONTINUED

Notice of Commencements filed by
Richard L. Ramko as recorded in Official Record Book 10186, page 30 and Official
Record Book 10385, page 1299

Craig A. Smith
16689 Norris Road
Loxahatchee, Florida 33470-5031
Fee Owner of Lot R-35, Unrecorded Subdivision of Rustic Ranches Phase II as
described in Warranty Deed recorded in Official Record Book 7321, page 1185

Mortgage:
Bank United
3200 Southwest Freeway, Suite 1600
Houston, Texas 77027
(Mortgage holder on the property of Craig A. Smith recorded in Official Record Book
7321, page 1187 as assigned in Official Record Book 7354, page 1617, Official Record
Book 7771, page 57, and Official Record Book 10672, page 1813)

Mortgage:
Bank One
100 East Broad Street
Columbus, Ohio 43271
(Mortgage holder on property of Craig A. Smith recorded in Official Record Book 11715,
page 1180)

Judgment:
State of Florida
c/o State Attorney of Palm Beach County
401 North Dixie Highway
West Palm Beach, Florida 33401
(Judgment creditor of Craig Smith recorded in Official Records Book 9604, page 1057)

Judgment:
State of Florida
c/o State Attorney of Palm Beach County
401 North Dixie Highway
West Palm Beach, Florida 33401
(Judgment creditor of Craig Smith and Issac Smith recorded in Official Records Book
10316, page 1403)

SCHEDULE "B"
CONTINUED

Judgment:
Sears, Roebuck and Co., a New York Corporation
c/o CT Corporation Systems
1200 S. Pine Island Road
Plantation, Florida 33324
(Judgment creditor of Craig Smith, recorded in Official Records Book 8970, page 76
and Official Records Book 8958, page 166)

Judgment:
Palm Beach County
Finance Department
P.O. Box 4036
West Palm Beach, Florida 33402
(Judgment creditor of Craig Smith and wife Andrea Smith recorded in Official Records
Book 9069, page 1596)

Chi Luu Linville, a single person
16763 Norris Road
Loxahatchee, Florida 33470
Fee Owner of Lots R-36 and R-37, Unrecorded Subdivision of Rustic Ranches Phase II
as described in Warranty Deed recorded in Official Records Book 4393, page 907

Mortgage:
Alternative Mortgage Corporation
c/o Constantino Rivas, Registered Agent
11990 SW 2nd Street
Miami, Florida 33184
(Mortgage holder on the property of Chi Luu Linville recorded in Official Records Book
6402, page 1063)

Mortgage:
James Anderson, Mortgagee
701 Northeast 67th Street
Miami, Florida 33138
Mortgage holder on the property of Chi Luu Linville recorded in Official Record Book
6547, page 396)

Mortgage:
Donald W. Aiken, Mortgagee
19 Fawikland Circle
Boynton Beach, Florida 33462
(Mortgage holder on the property of Chi Luu Linville recorded in Official Record Book
9423, page 1328)

SCHEDULE "B"
CONTINUED

Lien:
Code Enforcement Board of the City of Lake Worth and Penn Credit Corporation
7 North Dixie Highway
Lake Worth, Florida 33460
(Lien for code violation recorded in Official Record Book 5853, page 111, Official
Record Book 5898, page 977, and Official Record Book 5898, page 980)

Lien:
Board of Commissioners
Palm Beach County
100 Australian Avenue
West Palm Beach, Florida 33406
(Assignee of code enforcement lien recorded in Official Record Book 9373, page 317
and assigned in Official Record Book 9373, page 317, Official Record Book 10105,
page 1967 and Official Record Book 11640, page 1614)

Judgment:
Gordon Orlow
Address Unknown
(Judgment creditor of Chi Luu Linville recorded in Official Record Book 8821, page 843)

Judgment:
Allstate Insurance Company a/s/o John David Paul
c/o Insurance Commissioner of Florida
Capitol Building
Tallahassee, Florida 32304
(Judgment creditor of Chi Luu Linville recorded in 10709, page 909 and Official Record
Book 10852, page 503)

Judgment:
Palm Beach County Court
Criminal Division
205 North Dixie Highway
West Palm Beach, Florida  33401
(Judgment creditor of Chi Luu Linville recorded in Official Record Book 8361, page 637,
in Official Record Book 9340, page 1021, in Official Record Book 9340, page 1022, in
Official Record Book 11897, page 339, and in Official Record Book 11897, page 340)

Lease:
Vernon Simpson, Lessee
107 Mimosa Street
Royal Palm Beach, Florida 33411
(Lease recorded in Official Record Book 7285, page 1854)

SCHEDULE "B"
CONTINUED

Michael A. Boyer and Lisa Boyer
5741 Madison Street
Hollywood, Florida 33023
Fee owner of Lot 13, Unrecorded Subdivision of Rustic Ranches as described in Quit
Claim Deed recorded in Official Record Book 11772, page 403

Mortgage
Nationsbank N.A. n/k/a Bank of America
P.O. Box 26041
Greensboro, North Carolina 27420-0000
(Mortgage holder on property of Michael A. Boyer and Lisa Boyer recorded in Official
Record Book 11772, page 405)

Mortgage
Sterling Bank F.S.B.
119 Hypoluxo Road
Lantana, Florida 3462
(Mortgage holder on property of Michael A. Boyer and Lisa Boyer recorded in Official
Record Book 11867, page 180)

Tax Certificate:
FUNB as Custodian for TAXACQ
3950 RCA Boulevard #5001
Palm Beach Gardens, Florida 33410
(Holder of Tax Certificate for delinquent real estate taxes on Lot 13, Unrecorded
Subdivision of Rustic Ranches)

Abdool. H. Abdoollah
711 SW 72nd Avenue
Pembrook Pines, Florida 33023
Fee owners of a portion of the North ½ of Section 13, Township 44 South, Range 40
East also known as Lot 21 Rustic Ranches as described in Warranty Deed recorded in
Official Record Book 11481, page 1326

Linda Raspolich Pratt and Richard Edward Pratt
2601 Northwest 6th Terrace
Fort Lauderdale, Florida 33311-3044
Fee owner of Lot 23, Unrecorded Subdivision of Rustic Ranches as described in
Warranty Deed recorded in Official Record Book 4568, page 1771

Mary Schiltz
16418 Hollow Tree Lane
Loxahatchee, Florida 33470-5018
Fee owner of Lot 25, Unrecorded Subdivision of Rustic Ranches as described in Quit
Claim Deed recorded in Official Record Book 5801, page 1507

SCHEDULE "B"
CONTINUED

Mortgage:
GMAC Mortgage Corporation
c/o CT Corporation System
1200 S. Pine Island Road
Plantation, Florida 33324
(Mortgage holder on the property of Mary Schiltz recorded in Official Record Book 6782, page 505, assigned in Official Record Book 8649, page 1320, assigned Official Record Book 10663, page 1737)

Marguerite P. Cline
16298 Hollow Tree Lane
Loxahatchee, Florida 33470-5018
Fee owner of a portion of the North ½ of Section 13, Township 44 South, Range 40 East also known as the West ½ of the East 2/3 of Lot 26 Unrecorded Subdivision of Rustic Ranches as described in Warranty Deed recorded in Official Record Book 8676, page 1109

Mortgage:
Barnett Bank of Broward County, N.A. Barnett Mortgage Company
c/o Gary W. England, Registered Agent
50 North Laura Street
Mail Code 099-000-0907
Jacksonville, Florida 32202
(Mortgage holder on the property of Marguerite P. Cline recorded in Official Record Book 8676, page 1112)

Brett A. Mercurio and Bonnie E. Mercurio
16210 Hollow Tree Lane
Loxahatchee, Florida 33470-5018
Fee owners of a portion of the North ½ of Section 13, Township 44 South, Range 40 East also known as East 1/3 of Lot 26, Unrecorded Subdivision of Rustic Ranches, as described in Warranty Deed recorded in Official Record Book 10170, page 1866

Mortgage:
FT Mortgage Companies d/b/a HomeBanc Mortgage Corporation
c/o CT Corporation System
1200 S. Pine Island Road
Plantation, Florida 33324
(Mortgage holder on the property of Brett A. Mercurio and Bonnie E. Mercurio recorded in Official Record Book 10170, page 1868)

SCHEDULE "B"
CONTINUED

Antoine Agnoli
16126 Hollow Tree Lane
Loxahatchee, Florida 33470-5018
Fee owner of Lot 27 Rustic Ranches as described in Warranty Deed recorded in Official
Record Book 4997, page 1065

Mortgage:
Glendale Federal Bank, F.S.B.
2121 Ponce de Leon Boulevard
Miami, Florida 33134-5251
(Mortgage holder on the property of Antoine Agnoli recorded in Official Record Book
7179, page 1395)

German Alex Heath
Ave Principal De Bello Campo
Entre St Ana Y Ave Libertador
Chacao, Caracas, Venezuela
Fee owner of a portion of the North ½ of Section 13, Township 44 South, Range 40
East also known as Lot 29 of Rustic Ranches Subdivision as described in Quit Claim
Deed recorded in Official Record Book 7505, page 411

Barbara A. Kreiner and Robert P. Kreiner
3140 Saginaw Avenue
West Palm Beach, Florida 33409-5165
Fee owners of a portion of the North ½ of Section 13, Township 44 South, Range 40
East also known as Lot 30 Rustic Ranches as described in Quit Claim Deed recorded in
Official Record Book 7603, page 624

Loi Van Phan and Hoang Thi Le
16130 Rustic Road
Loxahatchee, Florida 33470-5032
Fee owners of a portion of the North ½ of Section 13, Township 44 South, Range 40
East also known as Lot 31, Unrecorded Subdivision of Rustic Ranches as described in
Warranty Deed recorded in Official Record Book 5275, page 615

Mortgage:
First Federal Savings and Loan Association of the Palm Beaches n/k/a First Bank of
Florida
215 South Olive Avenue
West Palm Beach, Florida 33401
(Mortgage holder on the property of Loi Van Phan and Hoang Thi Le recorded in Official
Record Book 5978, page 83)

SCHEDULE "B"
CONTINUED

Elizabeth J. Pigadis
16198 Rustic Road
Loxahatchee, Florida 33470-5032
Fee owner of a portion of the North ½ of Section 13, Township 44 South, Range 40
East  also known as Lot 32, Unrecorded Subdivision of Rustic Ranches as described in
Warranty Deed recorded in Official Record Book 5611, page 1503

Bernardo Alzate and Luz Stella Alzate
2920 Palmarita Road
West Palm Beach, Florida 33406-5143
Fee owner of Lot 33 Rustic Ranches as described in Warranty Deed recorded in Official
Record Book 9797, page 847

Mortgage:
Raphael Becerra and Wilmina Becerra
900 Fish Drive
West Palm Beach, Florida 33415
(Mortgage holder on the property of Bernardo Alzate and Luz Stella Alzate recorded in
Official Record Book 9797, page 849)

David A. Octaviano and Deborah M. Octaviano, his wife
16358 Rustic Road
Loxahatchee, Florida 33470-5032
Fee Owner of Lot 34 Rustic Ranches Subdivision as described in Quit Claim Deed
recorded in Official Record Book 11429, page 1426

Mortgage:
FT Mortgage Companies, d/b/a HomeBanc Mortgage Corporation
c/o CT Corporation System
1200 S. Pine Island Road
Plantation, Florida 33324
(Mortgage holder on property of David A. Octaviano and Deborah M. Octaviano
recorded in Official Record Book 11429, page 1428)

Willis Kooienga and Beatrice Kooienga
16420 Rustic Road
Loxahatchee, Florida 33470-5032
Fee owners of Lot 35, Rustic Ranches as described in Warranty Deed recorded in
Official Record Book 2849, page 1099

Frank M. Robertia and Marie N. Robertia
16490 Rustic Road, Post Office Box 153
Loxahatchee, Florida 33470-0153
Fee owner of Lot 36, Unrecorded Subdivision of Rustic Ranches as described in
Warranty Deed recorded in Official Record Book 2823, page 774

SCHEDULE "B"
CONTINUED

Rosito Badua and Sally Badua
5501 Jefferson Street
Hollywood, Florida 33021-7123
Fee owner of Lot 46, Unrecorded Subdivision of Rustic Ranches, Phase I as described
in Warranty Deed recorded in Official Record Book 6924, page 880 and Lot 39
Unrecorded Subdivision of Rustic Ranches Phase I Unrecorded Subdivision as
described in Warranty Deed recorded in Official Record Book 5890, page 294

Corazon Lagunas Rich
870 North Shore Drive
Miami Beach, Florida 33141-2438
Fee owner of Lot 40, Unrecorded Subdivision of Rustic Ranches Subdivision, Phase I
as described in Special Warranty Deed recorded in Official Record Book 5472, page
247

Richard Keen and Sheila Keen
6368 Bischoff Drive
West Palm Beach, Florida 33413-1021
Fee owners of Lot 41, Rustic Ranches Subdivision as described in Warranty Deed
recorded in Official Record Book 6280, page 1456

Mortgage:
First Federal Savings and Loan Association of Lake Worth n/k/a Washington Mutual
200 Lake Avenue
Lake Worth, Florida 33460
(Mortgage holder on the property of Richard Keen and Sheila Keen recorded in Official
Record Book 2924, page 1190)

Henry H. DeGouw, Jr.
16871 Hollow Tree Lane
Loxahatchee, Florida 33470-5012
Fee owner of a portion of the North ½ of Section 13, Township 44 South, Range 40
East also known as Lot 42 Rustic Ranches as described in Quit Claim Deed recorded in
Official Record Book 4391, page 1906 and Official Record Book 8825, page 1358

Robert Biondolillo and Kathy Biondolillo
431 Southeast 13th Avenue
Pompano Beach, Florida 33060-7617
Fee Owner of Lot 43, Unrecorded Subdivision of Rustic Ranches Subdivision Phase I
as described in Warranty Deed recorded in Official Record Book 6804, page 1920

SCHEDULE "B"
CONTINUED

Rogelio B. Buenaventura and Andrea M. Buenaventura
1235 Northwest 92nd Avenue
Pembroke Pines, Florida 33024-4530
Fee Owner of the East ½ of Lot 44, Rustic Ranches Subdivision as described in
Warranty Deed recorded in Official Record Book 5922, page 1022

Mortgage:
Fidelity Federal Savings Bank of Florida
218 Datura Street
West Palm Beach, Florida 33401
(Mortgage holder on the property of Rogelio B. Buenaventura and Andrea M.
Buenaventura recorded in Official Record Book 5922, page 1024)

Robert A. Fong and Maria S. Fong
16219 Hollow Tree Lane
Loxahatchee, Florida 33470-5012
Fee owners of a portion of the North ½ of Section 13, Township 44 South, Range 40
East also known as Lot 49, Rustic Ranches Subdivision as described in Warranty Deed
recorded in Official Record Book 5727, page 1415

Mortgage:
Fidelity Federal Savings Bank of Florida
P.O. Box 989
West Palm Beach, Florida 33402
(Mortgage holder on property of Robert A. Fong and Maria S. Fong recorded in Official
Record Book 11057, page 1903)

Thanh-Kim Huynh and Thu-Thi Nguyen
940 Sunset Road
West Palm Beach, Florida  33401
Fee owners of Lot 5 according to the Unrecorded plat of Diamond "C" Ranchettes, a/k/a
Parcel 5 of Diamond C Ranchettes as shown by the survey recorded in Official Record
Book 2349, page 411 of the public records of Palm Beach County, Florida a/k/a Lot 6 of
Rustic Ranches, according to the Declaration of Covenants and Restrictions recorded in
Official Record Book 3302, page 1211 of the records of Palm Beach County, Florida as
described in Warranty Deed recorded in Official Record Book 11257, page 1187

Mortgage:
Hieu Trong Le, Vinh The Phan and Nhu Y Thi Le,
P.O. Box 91059
Anchorage, Alaska 99509
(Mortgage holder of property of Thanh-Kim Huynh and Thu-Thi Nguyen recorded in
Official Record Book 11257, page 1189)

SCHEDULE "B"
CONTINUED

Tax Certificate:
FUNB as Custodian for FUNDCO
3950 RCA Boulevard #5001
Palm Beach Gardens, Florida 33410
(Holder of Tax Certificate for delinquent real estate taxes on Lot 5 according to the
Unrecorded plat of Diamond "C" Ranchettes, a/k/a Parcel 5 of Diamond C Ranchettes
as shown by the survey recorded in Official Record Book 2349, page 411 of the public
records of Palm Beach County, Florida a/k/a Lot 6 of Rustic Ranches)

Francis R. Chin under the Francis R. Chin Revocable Trust Agreement dated August
27, 1999
12655 NE Miami Court
Miami, Florida  33161
Fee owner of portion of the South ½ of Section 13, Township 44 South, Range 40 East
consisting of 5.01 acres as described in Quitclaim Deed recorded in Official Record
Book 11354, page 983

Dennis T. Bleakley and Janice M. Bleakley
16033 Deer Path Lane
Loxahatchee, Florida 33470-5007
Fee owner of Lot R-2 Rustic Ranches Phase II as described in Warranty Deed recorded
in Official Record Book 4707, page 1660

Mortgage:
Home Savings of America, F.A., Mortgagee
4900 Rivergrade Road, Dept. 2560
Irwindale, California 91706
(Mortgage holder on the property of Dennis T. Bleakley and Janice M. Bleakley
recorded in Official Record Book 4707, page 1662)

Mortgage:
Savings of America, F.A.
6000 Okeechobee Boulevard
West Palm Beach, Florida 33417
(Mortgage holder on the property of Dennis T. Bleakley and Janice M. Bleakley
recorded in Official Record Book 9656, page 461)

Sandra Abdoolah
16107 Deerpath Lane
Loxahatchee, Florida 33470
Fee owners of a portion of Section 13, Township 44 South, Range 40 East also known
as Lot R-3, Phase II, Unrecorded Subdivision of Rustic Ranches as described in
Warranty Deed recorded in Official Record Book 11485, page 967

SCHEDULE "B"
CONTINUED

Tax Certificate:
R.F. Olson or M.W. Olson or Banyan Bank
3407 Southwest Bessey Creek Trail
Palm City, Florida 34990
(Holder of Tax Certificate for delinquent real estate taxes on Lot R-3, Phase II,
Unrecorded Subdivision of Rustic Ranches)

Tax Certificate:
RMO Ventures, Inc. and Bankunited FSB
c/o Corporate Creations Enterprises, Inc.
4521 PGA Boulevard, Suite 211
Palm Beach Gardens, Florida 33418
(Holder of Tax Certificate for delinquent real estate taxes on Lot R-3, Phase II,
Unrecorded Subdivision of Rustic Ranches)

Tax Certificate:
Bankatlantic
C/O Tax Certificate Dept.
P.O. Box 5707
Fort Lauderdale, Florida 33310
(Holder of Tax Certificate for delinquent real estate taxes on Lot R-3, Phase II,
Unrecorded Subdivision of Rustic Ranches)

Tax Certificate:
Bankunited FSB
c/o Nancy L. Ashton, Registered Agent
2334 Ponce de Leon Boulevard
Coral Gables, Florida 33134
(Holder of Tax Certificate for delinquent real estate taxes on Lot R-3, Phase II,
Unrecorded Subdivision of Rustic Ranches)

Walter A. Ehlers and Robert Ehlers
375 Sherwood Forest Drive
Delray Beach, Florida 33445-3873
Fee owners of Lot R-6, Phase II, Unrecorded Subdivision of Rustic Ranches Phase II as
described in Warranty Deed recorded in Official Record Book 4295, page 1639 and Quit
Claim Deed recorded in Official Record Book 8532, page 707

Le Tung Ba and Kimanh T. Tran
130 Sterlingdaire Drive
Cary, North Carolina 27511-4383
Fee owner of Lot R-8, Phase II, Unrecorded Subdivision of Rustic Ranches, Phase II as
described in Quit Claim Deed recorded in Official Record Book 9366, page 1486

SCHEDULE "B"
CONTINUED

Tam Ba Le and Chau Minh Thi Le
16501 Deer Path Lane
Loxahatchee, Florida 33470-5007
Fee owners of Lot R-9, Phase II, Unrecorded Subdivision of Rustic Ranches Phase II as
described in Warranty Deed recorded in Official Record Book 8787, page 737

Mortgage:
Chemical Residential Mortgage Corporation
South Lake Plaza A
1400 East Newport Center Drive
Deerfield Beach, Florida 33442
(Mortgage holder on the property of Tam Ba Le and Chau Minh Thi Le recorded in
Official Record Book 8787, page 739, assigned in Official Record Book 9112, page
1764, and modified in Official Record Book 9112, page 1765)

Mortgage:
Chase Manhattan Bank USA, N.A.
P.O. 15741
Wilmington, Delaware 19886-5741
(Mortgage holder on the property of Tam Ba Le and Chau Minh Thi Le recorded in
Official Record Book 11085, page 952)

Melvin A. Adams, Jr.
16031 Rustic Road
Loxahatchee, Florida 33470-5034
Fee owner of Lot 1 Rustic Ranches as described in Warranty Deed recorded in Official
Record Book 9368, page 666

Mortgage:
First Nationwide Mortgage Corporation
Serve on: CT Corporation System, registered agent
1200 S. Pine Island Road
Plantation, Florida  33324
(Mortgage holder on the property of Melvin A. Adams, Jr. recorded in Official Record
Book 9368, page 668 assigned in Official Record Book 11295, page 1649)

Mortgage:
The Bank of New York, as Indenture Trustee for the Money Store Trust 1998-C
20 Broad Street, LL-2
New York, New York 10005
(Mortgage holder on property of Melvin A. Adams, Jr., recorded in Official Record Book
10595, page 211, assigned in Official Record Book 11555. Page 1602)

SCHEDULE "B"
CONTINUED

Carlos Roberto Ferrazzano and Elda Yolanda Ferrazzano, his wife (owners of life
estate) and Daniel Roberto Ferrazzano (fee)
6535 Patricia Drive
West Palm Beach, Florida 33413-3426
Fee owners to a portion of the North ½ of Section 13, Township 44 South, Range 40
East also known as Lot 10 Rustic Ranches Subdivision as described in Quit Claim Deed
recorded in Official Record Book 8701, page 1370

Mortgage:
First Nationwide Mortgage Corporation
Serve on: CT Corporation System, registered agent
1200 S. Pine Island Road
Plantation, Florida  33324
(Mortgage holder on the property of Carlos Roberto Ferrazzano and Elda Yolanda
Ferrazzano, his wife (life estate) and Daniel Roberto Ferrazzano (fee) recorded in
Official Record Book 2896, page 1612, assigned in Official Record Book 11287, page
1944)

Final Judgment:
Sandra Ann Sanchez and The State of Florida Department of Health and Rehabilitative
Services Office of Child Support Enforcement
1319 Winewood Boulevard
Tallahassee, Florida 32301
(Judgment creditor of Daniel Roberto Ferrazzano (fee)-for child support payments
recorded in Official Record Book 8835, page 1303)

Gary A. Phillips
16691 Rustic Road
Loxahatchee, Florida 33470
Fee owner of Lot 11, Unrecorded Subdivision of Rustic Ranches as described in Quit
Claim Deed recorded in Official Record Book 9713, page 1325

Mortgage:
First Union National Bank, N.A.
3470 Beach Boulevard
Jacksonville, Florida 32207
(Mortgage holder on the property of Gary A. Phillips recorded in Official Record Book
1146, page 679)

Judgment:
State of Florida
c/o State Attorney of Palm Beach County
401 North Dixie Highway
West Palm Beach, Florida 33401
(Judgment creditor of Gary A. Phillips recorded in Official Record Book 8978, page 457
as certified Official Record Book 8986, page 1196)

SCHEDULE "B"
CONTINUED

Judgment:
Lake Park Exxon Towing Co.
1401 10th Street
West Palm Beach, Florida
(Judgment creditor of Gary A. Phillips recorded in Official Record Book 7034, page 231)

Marvin L. Faux
16820 Deer Path Lane
Loxahatchee, Florida 33470
Fee Owner of a portion of Section 13, Township 44 South, Range 40 East consisting of 5.0 acres also known as Lot R-22, Unrecorded Subdivision of Rustic Ranches Phase II as described in Warranty Deed recorded in Official Record Book 8175, page 359

Mortgage:
Nationsbanc Mortgage Corp
205 Park Club Lane
Buffalo, New York
(Mortgage holder on the property of Marvin L. Faux recorded in Official Record Book 10518, page 559 and assigned in Official Record Book 10978, page 69)

Myrna L. Montalvo and Juan C. Montalvo, her husband
16900 West Hollow Tree Land
West Palm Beach, Florida 33470
Fee owner of a portion of the North ½ of Section 13, Township 44 South, Range 40 East also known as the East ½ of Lot 18 of Unrecorded Subdivision of Rustic Ranches as described in Special Warranty Deed recorded in Official Record Book 10840, page 148

Mortgage:
Equicredit Corporation of America
Serve on: James B. Dodd, registered agent
9000 Southside Boulevard
Legal Department
Jacksonville, Florida 32256
(Mortgage holder on property of Myrna L. Montalvo and Juan C. Montalvo, her husband recorded in Official Record Book 10840, page 150, assigned in Official Record Book 11604, page 492, and Official Record Book 10840, page 156, assigned in Official Record Book 11858, page 985)

SCHEDULE "B"
CONTINUED

Tax Certificate:
Palm Beach County Tax Collector
301 North Olive Avenue
West Palm Beach, Florida 33401
(Holder of Tax Certificate for delinquent real estate taxes on the North ½ of Section 13,
Township 44 South, Range 40 East also known as the East ½ of Lot 18 of Unrecorded
Subdivision of Rustic Ranches)

Carl T. Bates and Janet Bates, husband and wife
16956 Hollow Tree Lane
Loxahatchee, Florida 33470-5018
Fee owner of West ½ of Lot 18 Rustic Ranches as described in Warranty Deed
recorded in Official Record Book 7538, page 550

Mortgage:
BankAtlantic f/k/a Atlantic Federal Savings and Loan Association of Fort Lauderdale,
Mortgagee
1750 East Sunrise Boulevard
Fort Lauderdale, Florida
(Mortgage holder on the property of Carl T. Bates and Janet Bates, husband and wife
recorded in Official Record Book 4229, page 625

Mortgage:
Blazier Financial Services, Inc. of Florida, Mortgagee
2695 North Military #9
West Palm Beach, Florida 33409
(Mortgage holder on the property of Carl T. Bates and Janet Bates, husband and wife
recorded in Official Record Book 7549, page 321)

Code Enforcement Lien
City of Lake Worth
Building, Planning and Zoning Department
7 North Dixie Highway
Lake Worth, Florida 33450
(Lien on property of C. E. Bates recorded in Official Record Book 11107, page 1366)

Judgment:
S.D.K. of Boca Inc. DBA Borrow Bros.
c/o Rick E. Saturn, Registered Agent
320 North Congress Avenue
Delray Beach, Florida 33445
(Judgment creditor of Carl T. Bates and Plants for Tomorrow, Inc. recorded in Official
Record Book 8315, page 1200, not certified)

SCHEDULE "B"
CONTINUED

Judgment:
Preferred National Insurance Co.
c/o Florida Insurance Commissioner
The Capitol Building
Tallahassee, Florida 32399
(Judgment creditor of Carl T. Bates and Janet Bates, husband and wife recorded in Official Record Book 10300, page 690, certified)

Cush A. McDonald and Mildred E. McDonald, his wife
16888 Hollowtree Lane
Loxahatchee, Florida 33470-5018
Fee owner of Lot 19, Rustic Ranches Subdivision as described in Warranty Deed recorded in Official Record Book 8767, page 572

Tra Nguyen and True Nguyen a/k/a Truc Nguyen, his wife
16559 Rustic Road
Loxahatchee, Florida 33470-5014
Fee owners of Lot 20 Unrecorded Subdivision of Rustic Ranches as described in Warranty Deed recorded in Official Record Book 9896, page 1016

Mortgage:
First Union National Bank of Florida
11900 Forest Hill Boulevard
Wellington, Florida 33414
(Mortgage holder on the property of Tra Nguyen and True Nguyen, his wife recorded in Official Record Book 9896, page 1018)

Franklin Gray Merriam, Sr. and Diane E. Merriam, his wife
16229 Rustic Road
Loxahatchee, Florida 33470
Fee owners of a portion of the Northeast ¼ of Section 13, Township 44 South, Range 40 East also known as Lot 4, Unrecorded Subdivision of Rustic Ranches as described in Warranty Deed recorded in Official Record Book 5499, page 873

Mortgage:
Barnett Bank of Palm Beach County
205 Datura Street
West Palm Beach, Florida 33401
(Mortgage holder on the property of Franklin Gray Merriam, Sr. and Diane E. Merriam, his wife recorded in Official Record Book 7767, page 1584 and re-recorded in Official Record Book 7904, page 1755)

SCHEDULE "B"
CONTINUED

Walthea Bohanan and Larry N. Brower
777 South Surf Road
Hollywood, Florida 33019-2032
Fee owner of Lot 48 Unrecorded Subdivision of Rustic Ranches Subdivision Phase I as
described in Warranty Deed recorded in Official Record Book 6301, page 1603

Tax Certificate held by:
Saul & Company as Custodian (AJAX)
123 South Broad Street
Philadelphia, Pennsylvania 19109
(Holder of Tax Certificate for delinquent real estate taxes on Lot 48 Unrecorded
Subdivision of Rustic Ranches Subdivision Phase I)

Hoa Ngoc Hoang
16295 Rustic Road
Loxahatchee, Florida 33470
Fee owner of Lot 5, Unrecorded Subdivision of Rustic Ranches as described in
Warranty Deed Recorded in Official Record Book 7643, page 344

Mortgage:
Doris A. Heinrich, Mortgagee
4186 Bob White Drive
Boynton Beach, Florida 33436-2659
(Mortgage holder on the property of Hoa Ngoc Hoang recorded in Official Record Book
7643, page 346)

Tra Nguyen and Truc Nguyen, his wife
16559 Rustic Road
Loxahatchee, Florida 33470
Fee owners of a portion of the Northwest 1/4 of Section 13, Township 44 South, Range
40 East also known as Parts of Lot 8 and Lot 9, Unrecorded Subdivision of Rustic
Ranches as described in Warranty Deed recorded in Official Record Book 8243, page 8

Mortgage:
First Bank National Association, as Trust Administrator
P.O. Box 790104
St. Louis, Missouri 63179-0104
(Mortgage holder on the property of Tra Nguyen and Truc Nguyen, his wife recorded in
Official Record Book 8243, page 12, and that certain Assignment of Mortgage recorded
in Official Record Book 9053, page 706 and Official Record Book 9336, page 1560)

SCHEDULE "B"
CONTINUED

Mary Jo Meyer
16757 Rustic Road
Loxahatchee, Florida 33470-5034
Fee owner of a portion of the Northeast ¼ of Section 13, Township 44 South, Range 40
East also known as Lot 12 Unrecorded Subdivision of Rustic Ranches as described in
Special Warranty Deed recorded in Official Record Book 11647, page 1519

Mortgage:
Option One Mortgage Corporation
Serve on: C T Corporation System, registered agent
1200 South Pine Island Road
Plantation, Florida  33324
(Mortgage holder on property of Robert Meyer and Mary Jo Meyer, husband and wife
recorded in Official Record Book 11647, page 1521)

Mortgage:
Beneficial Florida, Inc.
Serve on: C T Corporation System, registered agent
1200 South Pine Island Road
Plantation, Florida  33324
(Mortgage holder on property of Robert Meyer and Mary Jo Meyer, husband and wife,
recorded in Official Record Book 11661, page 1479)

Judgment:
Chase Manhattan Bank, USA, N.A.
802 Delaware Avenue
Wilmington, Delaware 19801
(Judgment creditor of David N. Kahan, a former owner of a portion of the Northeast ¼ of
Section 13, Township 44 South, Range 40 East also known as Lot 12 Unrecorded
Subdivision of Rustic Ranches, recorded in Official Record Book 9808, page 1895,
certified in Official Record Book 9817, page 1818)

Harold M. Reisman and Phyllis A. Reisman
16720 Hollow Tree Lane
Loxahatchee, Florida 33470-5018
Fee owners of Lot 22 West Rustic Ranches as described in Warranty Deed recorded in
Official Record Book 4533, page 762

Mortgage:
Glendale Federal Savings and Loan Association
301 East Las Olas Boulevard
Fort Lauderdale, Florida 33301
(Mortgage holder on the property of Harold M. Reisman and Phyllis A. Reisman)
recorded in Official Record Book 4533, page 764)

SCHEDULE "B"
CONTINUED

Mortgage:
American General Home Equity, Inc.
Serve on: C T Corporation System, registered agent
1200 South Pine Island Road
Plantation, Florida 33324
(Mortgage holder on property of Harold M. Reisman and Phyllis A. Reisman, his wife, recorded in Official Record Book 11105, page 1531, and in Official Record Book 11260, page 1264)

Judgment:
Lon J. Intoppa
2163 Bonnie Drive
West Palm Beach, Florida 33415-7205
(Judgment creditor of Harold M. Reisman recorded in Official Record Book 7595, page 1808, certified in Official Record Book 7604, page 553, re-recorded in Official Record Book 11072, page 825)

Judgment:
Sears, Roebuck and Co., a New York corporation
Serve on: C T Corporation System, registered agent
1200 South Pine Island Road
Plantation, Florida 33324
(Judgment creditor of Harold M. Reisman and Phyllis A. Reisman recorded in Official Record Book 8362, page 805, certified in Official Record Book 8384, page 31)

David Thomas Cox and Sylvia Goodson Cox
16676 Hollow Tree Lane
Loxahatchee, Florida 33470-5018
Fee owners of a portion of Section 13, Township 44 South, Range 40 East consisting of 5.0 acres also known as West ½ of East 2/3 of Lot 22 Rustic Ranches as described in Warranty Deed recorded in Official Record Book 5599, page 895

Mortgage:
Walter D. Padow, as Trustee for Walter D. Padow, IRA Rollover Account
c/o Alternative Mortgage Corporation
1225 North Military Trail, Suite 7
West Palm Beach, Florida 33409
(Mortgage holder of property of David T. Cox and Sylvia G. Cox recorded in Official Record Book 5599, page 896, assigned in Official Record Book 6693, page 213)

Judgment:
Philron, Inc., d/b/a Bureau of Revenue Recovery c/o Mark Dickey, Registered Agent
344 Gregory Road
West Palm Beach, Florida 33405
(Judgment creditor of David T. Cox recorded in Official Record Book 7450, page 247, certified in Official Record Book 7532, page 1475)

SCHEDULE "B"
CONTINUED

Judgment:
Barbara Gaidosh
Address unknown
(Judgment creditor of David Cox recorded in Official Record Book 11046, page 1398)

Lien:
Palm Beach County, Florida
c/o Palm Beach County State Attorney
401 North Dixie Highway
West Palm Beach, Florida 33401
(Lien holder against David Cox recorded in Official Record Book 8434, page 518
certified)

Tax Certificate:
Saul & Co. as custodian
123 South Broad Street
Philadelphia, Pennsylvania 19109
(Holder of tax certificate for delinquent real estate taxes on a portion of Section 13,
Township 44 South, Range 40 East consisting of 5.0 acres also known as West ½ of
East 2/3 of Lot 22 Rustic Ranches)

Tax Certificate:
FUNB as a Trustee or custodian
Address unknown
(Holder of tax certificate for delinquent real estate taxes on a portion of Section 13,
Township 44 South, Range 40 East consisting of 5.0 acres also known as West ½ of
East 2/3 of Lot 22 Rustic Ranches)

Chris Wallace
16330 Hollow Tree Lane
Loxahatchee, Florida 33470-5018
Fee owner of a portion of Section 13, Township 44 South, Range 40 East, consisting of
5.0 acres also known as West 1/3 of Lot 26, Unrecorded Subdivision of Rustic Ranches
as described in Warranty Deed recorded in Official Record Book 4834, page 28

Vito L. Caggiano and Dania Caggiano
16163 Rustic Road
Loxahatchee, Florida 33470-5034
Fee owners of Lot 3 Rustic Ranches as described in Warranty Deed recorded in Official
Record Book 11384, page 282

SCHEDULE "B"
CONTINUED

Mortgage:
Chase Manhattan Mortgage Corporation
Serve on: C T Corporation System, registered agent
1200 South Pine Island Road
Plantation, Florida  33324
(Mortgage holder on the property of Vito L. Caggiano and Dania Caggiano  recorded in
Official Record Book 11384, page 284)

Judgment:
State of Florida
c/o State Attorney of Palm Beach County
401 North Dixie Highway
West Palm Beach, Florida 33401
(Judgment creditor of Rene Landry, Jr., a former owner of Lot 3 Rustic Ranches,
recorded in Official Record Book 9677, page 1147 and Official Record Book 9677, page
1148

Judgment:
Flora B. Haidt
Westgate Apartments
3060 Westgate Avenue
West Palm Beach, Florida 33409
(Judgment creditor of Rene Landry, a former owner of Lot 3 Rustic Ranches, recorded
in Official Record Book 8383, page 739, not certified)

Judgment:
Donnalee Boyd
c/o Stuart A. Young
1860 Forest Hill Boulevard
West Palm Beach, Florida 33406
(Judgment creditor of Rene Frank Landry, a former owner of Lot 3 Rustic Ranches,
recorded in Official Record Book 8657, page 16)

Judgment:
Palm Beach County Attorney's Office
301 North Olive Avenue, Suite 601
West Palm Beach, Florida 33401
(Judgment creditor of Rene Frank Landry, Jr., a former owner of Lot 3 Rustic Ranches,
recorded in Official Record Book 7666, page 1130)

Dr. Thomas A. Molina and Cecilia L. Molina
16688 Rustic Road
Loxahatchee, Florida 33470-5032
Fee owners of East ½ of Lot 38 Rustic Ranches as described in Warranty Deed
recorded in Official Record Book 2993, page 1312

SCHEDULE "B"
CONTINUED

Mortgage:
FT Mortgage Companies d.b.a. EquiBanc Mortgage Corporation
Serve on: CT Corporation System, registered agent
1200 S. Pine Island Road
Plantation, Florida  33324
(Mortgage holder on the property of Thomas A. Molina and Cecilia L. Molina recorded in
Official Record Book 11375, page 1388)

Judgment:
Sears, Roebuck and Company
Serve on: C T Corporation System, registered agent
1200 South Pine Island Road
Plantation, Florida  33324
(Judgment creditor of Thomas Molina recorded in Official Record Book 6960, page
1662)

Tax Lien:
State of Florida
Department of Labor and Employment Security
Division of Unemployment Compensation
c/o Eric Hurst, Esquire
Hartman Building, Suite 307
2012 Capital Circle, SE
Tallahassee, Florida 32399-0658
(Tax Lien against property of Dr. Thomas A. Molina and Cecilia L. Molina recorded in
Official Record Book 4426, page 67)

Judgment:
Florida Patient's Compensation Fund
2882 Remmington Green Lane
Tallahassee, Florida
(Judgment creditor of Dr. Thomas A. Molina and Cecilia L. Molina recorded in Official
Record Book 7225, page 1617, certified)

Tax Certificate:
MLMCI Custodian (Cloverfield)
Address unknown
(Holder of tax certificate for delinquent real estate taxes on East ½ of Lot 38 Rustic
Ranches)

Thomas A. Molina and Cecilia L. Molina, his wife
16688 Rustic Road
Loxahatchee, Florida 33470-5032
Fee owners of Lot 38 West Rustic Ranches as described in Warranty Deed recorded in
Official Record Book 4524, page 483

SCHEDULE "B"
CONTINUED

Mortgage:
Thomas Feistman and Esther Feistman as to an undivided 50%
Address unknown
Heinrich Kandal and Etelle Kandal as to and undivided 50%
4858 Marbella Road South
West Palm Beach, Florida 33417
(Mortgage holders on the property of Thomas A. Molina and Cecilia L. Molina, his wife,
recorded in Official Record Book 4524, page 485, assigned in Official Record Book
11708, page 1084)

Mortgage:
FT Mortgage Companies d.b.a. EquiBanc Mortgage Corporation
Serve on: CT Corporation System, registered agent
1200 S. Pine Island Road
Plantation, Florida  33324
(Mortgage holder on the property of Thomas A. Molina and Cecilia L. Molina, recorded
in Official Record Book 11375, page 1388)

Judgment:
Sears, Roebuck and Company
Serve on: C T Corporation System, registered agent
1200 South Pine Island Road
Plantation, Florida  33324
(Judgment creditor of Thomas Molina recorded in Official Record Book 6960, page
1662, not certified)

Tax Lien:
State of Florida
Department of Labor and Employment Security
Division of Unemployment Compensation
c/o Eric Hurst, Esquire
Hartman Building, Suite 307
2012 Capital Circle, SE
Tallahassee, Florida 32399-0658
(Tax Lien against property of Dr. Thomas A. Molina and Cecilia L. Molina, recorded in
Official Record Book 4426, page 67)

Judgment:
Florida Patient's Compensation Fund
2882 Remmington Green Lane
Tallahassee, Florida
(Judgment creditor of Dr. Thomas A. Molina and Cecilia L. Molina recorded in Official
Record Book 7225, page 1617, certified)

SCHEDULE "B"
CONTINUED

Tax Certificate:
Transamerica Lender Finance
630 U.S. Highway One #300
North Palm Beach, Florida 33408
(Holder of Tax Certificate for delinquent real estate taxes on Lot 38 West Rustic
Ranches)

Tax Certificate:
TBC Tax III, Inc.
630 U.S. Highway One #300
North Palm Beach, Florida 33408
(Holder of Tax Certificate for delinquent real estate taxes on Lot 38 West Rustic
Ranches)

Tax Certificate:
Harold L. Jurist, Trustee
Address unknown
(Holder of tax certificate for delinquent real estate taxes on Lot 38 West Rustic
Ranches)

Tax Certificate:
County of Palm Beach
c/o John K. Clark, Tax Collector
P.O. Box 3715
West Palm Beach, Florida  33402-3715
(Holder of Tax Certificate for delinquent real estate taxes on Lot 38 West Rustic
Ranches)

Roy Denley Wright and Joyce Mary Wright
8235 Colonial Lane
Dearborn Heights, Michigan 48127
and
William M. Conklin and Ruth E. Conklin
5392 Palm Way
Lake Worth, Florida 33463-8023
Fee owner of Lot 44W, Unrecorded Subdivision of Rustic Ranches, Phase I, as
described in Special Warranty Deed recorded in Official Record Book 5497, page 684
(The legal description in Official Record Book 5497, page 687 is incorrect)

Mortgage:
Fidelity Federal Savings Bank of Florida
218 Datura Street
West Palm Beach, Florida 33401
(Mortgage holder on the property of Roy Denley Wright and Joyce Mary Wright and
William M. Conklin and Ruth E. Conklin recorded in Official Record Book 5497, page
689)

SCHEDULE "B"
CONTINUED

Stuart M. Winans and Arlene B. Winans
3820 Northeast 26th Avenue
Lighthouse Point, Florida 33064-8004
Fee owner of a portion of the North ½ of Section 13, Township 44 South, Range 40
East consisting of 5.0 acres also known as Lot 47 Unrecorded Subdivision of Rustic
Ranches, as described in Quit Claim Deed recorded in Official Record Book 6992, page
1592

Joseph W. George and Linda J. George, his wife
2501 Rustic Ranch Trail
Loxahatchee, Florida 33470
Fee owner of Lot R-1, Unrecorded Subdivision of Rustic Ranches, Phase II as
described in Warranty Deed recorded in Official Record Book 11880, page 828

Mortgage:
Jerry A. Yoham and Ann Yoham, his wife
7895 Grand Cana Drive
Miami, Florida 33144
(Mortgage holder on property of Joseph W. George and Linda J. George recorded in
Official Record Book 11880, page 831)

Mortgage:
NationsBank, N.A., n/k/a Bank of America
P.O. Box 26401
Greensboro, North Carolina 27420
(Mortgage holder on property of David Johnson and Nancy H. Johnson, his wife, former
owner of Lot R-1, Unrecorded Subdivision of Rustic Ranches, Phase II recorded in
Official Record Book 10975, page 824)

Judgment:
Manufacturers Hanover Trust Company
Serve on: C T Corporation System, registered agent
1200 South Pine Island Road
Plantation, Florida  33324
(Judgment creditor of David M. Johnson, a former owner of Lot R-1, Unrecorded
Subdivision of Rustic Ranches, Phase II, recorded in Official Record Book 7523, page
1771, certified in Official Record Book 7651, page 429)

Judgment:
Citibank (Maryland), N.A.
P.O. Box 790014
St. Louis, Missouri 63719
(Judgment creditor of David M. Johnson, a former owner of Lot R-1, Unrecorded
Subdivision of Rustic Ranches, Phase II, recorded in Official Record Book 7423, page
1672, certified in Official Record Book 7452, page 495)

SCHEDULE "B"
CONTINUED

Judgment:
Transouth Financial Corporation
The Prentice-Hall Corporation, Inc., registered agent
1201 Hays Street, Suite 105
Tallahassee, Florida 32301
(Judgment creditor of David Johnson, a former owner of Lot R-1, Unrecorded
Subdivision of Rustic Ranches, Phase II, recorded in Official Record Book 9927, page
1157, certified in Official Record Book 9963, page 1727)

Judgment:
State of Florida
c/o State Attorney of Palm Beach County
401 North Dixie Highway
West Palm Beach, Florida 33401
(Judgment creditor of David Johnson a/k/a Ronald A. Blue, a former owner of Lot R-1,
Unrecorded Subdivision of Rustic Ranches, Phase II, recorded in Official Record Book
9562, page 1194, certified in Official Record Book 9592, page 1162; Official Record
Book 8821, page 1620, certified in Official Record Book 8853, page 1807)

Federal Tax Lien:
Internal Revenue Service, Special Procedures Branch
1 North University Drive, Stop 5730
Plantation, Florida 33324
(Federal tax lien against property of David Johnson, a former owner of Lot R-1,
Unrecorded Subdivision of Rustic Ranches, Phase II, recorded in Official Record Book
8774, page 1251, Official Record Book 7524, page 1844)

Federal Tax Lien:
Internal Revenue Service, Special Procedures Branch
1 North University Drive, Stop 5730
Plantation, Florida 33324
(Federal tax lien against property of David G. Johnson, a former owner of Lot R-1,
Unrecorded Subdivision of Rustic Ranches, Phase II, recorded in Official Record Book
10251, page 366, Official Record Book 9288, page 250; and Official Record Book 8398,
page 122)

Judgment:
Carol Smith
711 Hummingbird Way #108
North Palm Beach, Florida 33408
(Judgment creditor on the property of David Johnson, a former owner of Lot R-1,
Unrecorded Subdivision of Rustic Ranches, Phase II, recorded in Official Record Book
8636, page 991, certified in Official Record Book 8678, page 1194)

SCHEDULE "B"
CONTINUED

Judgment:
Bank of Palm Beach & Trust Company
c/o David H. Faust, Registered Agent
Steel, Hector, Davis, Burns & Middleton
1200 Northbridge Centre 1
West Palm Beach, Florida
(Judgment creditor on the property of David Johnson, a former owner of Lot R-1,
Unrecorded Subdivision of Rustic Ranches, Phase II, recorded in Official Record Book
4871, page 655, certified in Official Record Book 4879, page 642)

Judgment:
Decorating World, Inc., a Florida corporation
c/o Delphine M. Rickard, Registered Agent
218 U.S. Highway One
North Palm Beach, Florida 33408
(Judgment creditor of David Johnson, a former owner of Lot R-1, Unrecorded
Subdivision of Rustic Ranches, Phase II, recorded in Official Record Book 4819, page
755, certified in Official Record Book 4827, page 376)

Judgment:
Thomas G. Purdo, Esquire
151 Northeast 5th Avenue, P.O. Box 2080
Delray Beach, Florida 33444
(Judgment creditor of David A. Johnson, a former owner of Lot R-1, Unrecorded
Subdivision of Rustic Ranches, Phase II, recorded in Official Record Book 3190, page
1339, certified in Official Record Book 3224, page 1570)

Judgment:
Henry A. Pownall
20803 Biscayne Boulevard, Suite 200
Aventura, Florida 33180
(Judgment creditor of David M. Johnson, a former owner of Lot R-1, Unrecorded
Subdivision of Rustic Ranches, Phase II, recorded in Official Record Book 8621, page
903)

Judgment:
Jennine A. Karenes
3812 43rd Drive
Lake Worth, Florida 33461
(Judgment creditor of David S. Johnson, a former owner of Lot R-1, Unrecorded
Subdivision of Rustic Ranches, Phase II, recorded in Official Record Book 8831, page
1185)

SCHEDULE "B"
CONTINUED

Judgment:
Cora Walker Johnson
Address Unknown
(Judgment creditor of David Lee Johnson, a former owner of Lot R-1, Unrecorded
Subdivision of Rustic Ranches, Phase II, recorded in Official Record Book 4296, page
1127, certified in Official Record Book 4322, page 1990)

Judgment:
Coral Ridge Presbyterian Church, Inc., a non-profit corporation d/b/a Westminster
Academy
c/o Ronald L. Siegenthaler, Vice-President
5555 N. Federal Highway
Fort Lauderdale, Florida 33308
(Judgment creditor of Nancy Johnson, a former owner of Lot R-1, Unrecorded
Subdivision of Rustic Ranches, Phase II, recorded in Official Record Book 5177, page
103)

Judgment:
Baldwin Piano and Organ Company, a foreign corporation
c/o CT Corporation System
1200 S. Pine Island Road
Plantation, Florida 33324
(Judgment creditor of Nancy Lee Johnson, a former owner of Lot R-1, Unrecorded
Subdivision of Rustic Ranches, Phase II, recorded in Official Record Book 5634, page
239, certified in Official Record Book 8381, page 1520)

Judgment:
Brian Fitzpatrick
Address unknown
(Judgment creditor of David Johnson, a former owner of Lot R-1, Unrecorded
Subdivision of Rustic Ranches, Phase II, recorded in Official Record Book 16040, page
917)

Judgment:
Cora Roundtree
Address Unknown
(Judgment creditor of David Johnson, a former owner of Lot R-1, Unrecorded
Subdivision of Rustic Ranches, Phase II, recorded in Official Record Book 10812, page
1282)

Judgment:
Catherine Bell
Address unknown
(Judgment creditor of Nancy Johnson, a former owner of Lot R-1, Unrecorded
Subdivision of Rustic Ranches, Phase II, recorded in Official Record Book 10640, page
739)

SCHEDULE "B"
CONTINUED

Judgment:
Betty Hercule
Address unknown
(Judgment creditor of Nancy Johnson, a former owner of Lot R-1, Unrecorded
Subdivision of Rustic Ranches, Phase II, recorded in Official Record Book 10738, page
325)

Hospital Lien:
Good Samaritan Hospital
c/o Valerie Larcombe, Registered Agent
1309 North Flagler Drive
West Palm Beach, Florida 33401
(Lien filed by hospital against property of David E. Johnson, a former owner of Lot R-1,
Unrecorded Subdivision of Rustic Ranches, Phase II, recorded in Official Record Book
8460, page 1662)

Welfare Lien:
Palm Beach County, Florida C/O Assistant County Attorney
301 North Olive Avenue, Suite 610
West Palm Beach, Florida 33401
(Lien filed against property of Nancy Johnson, a former owner of Lot R-1, Unrecorded
Subdivision of Rustic Ranches, Phase II, recorded in Official Record Book 7284, page
1410 and Official Record Book 7306, page 97)

Adam Hayat, a single person and Kim Kallman, a single person
20940 Boca Ridge Drive West
Boca Raton, Florida 33496
Fee owner of Lot R-4, Unrecorded Subdivision of Rustic Ranches Phase II as described
in Warranty Deed recorded in Official Record Book 11731, page 1382

Judgment:
Rebeca Van Horn
Address unknown
(Judgment creditor of Richard H. Wadlington, a former owner of Lot R-4, Unrecorded
Subdivision of Rustic Ranches Phase II, recorded in Official Record Book 11035, page
322)

Tina O'Dell
Address unknown
(Judgment creditor of Richard Wadlington, Jr., a former owner Lot R-4, Unrecorded
Subdivision of Rustic Ranches Phase II, recorded in Official Record Book 11036, page
1938)

SCHEDULE "B"
CONTINUED

Judgment:
First Union National Bank of Florida
225 Water Street
Jacksonville, Florida 32202
(Judgment creditor of Richard Wadlington of Lot R-4, Unrecorded Subdivision of Rustic Ranches Phase II, a former owner, recorded in Official Record Book 7582, page 401, certified in Official Record Book 7608, page 311)

Tax Certificate:
Audrey Lee
3450 South Ocean Boulevard #107
Palm Beach, Florida 33480
(Holder of Tax Certificate for delinquent real estate taxes on Lot R-4, Unrecorded Subdivision of Rustic Ranches Phase II)

Tax Certificate:
Saul & Company as Custodian
123 South Broad Street
Philadelphia, Pennsylvania 19109
(Holder of Tax Certificate for delinquent real estate taxes on Lot R-4, Unrecorded Subdivision of Rustic Ranches Phase II)

Thomas Bertoniere
16265 Deer Path Lane
Loxahatchee, Florida 33470-5007
Fee owner of Lot R-5, Unrecorded Subdivision of Rustic Ranches as described in Corrective Warranty Deed recorded in Official Record Book 11158, page 521 corrects legal description in Warranty Deed recorded in Official Record Book 10209, page 203

Mortgage:
Nationscredit Home Equity Services Corporation
Serve on: C T Corporation System, registered agent
1200 South Pine Island Road
Plantation, Florida  33324
(Mortgage holder on property of Thomas Bertoniere recorded in Official Record Book 10992, page 776)

Uniform Commercial Code:
Mark I. Blumstein, Trustee
33 Northeast 2nd Street, #101
Fort Lauderdale, Florida 33301
(Uniform Commercial Code filing against property of Thomas Bertoniere, recorded in Official Record Book 10209, page 214, and subordinated to Nationscredit Home Equity Services Corporation in Official Record Book 10992, page 785)

SCHEDULE "B"
CONTINUED

Judgment:
Community Hospital of the Palm Beaches d/b/a Humana
c/o The Prentice-Hall Corporation System, Inc.
1201 Hays Street
Suite 105
Tallahassee, Florida 32301
(Judgment creditor of William Harris and Charlene L. Harris (deceased), a former owner
of Lot R-5, Unrecorded Subdivision of Rustic Ranches, recorded in Official Record Book
7984, page 654, certified in Official Record Book 8320, page 1425

Judgment:
State of Florida
c/o State Attorney of Palm Beach County
401 North Dixie Highway
West Palm Beach, Florida 33401
(Judgment creditor of Willie Harris, a former owner of Lot R-5, Unrecorded Subdivision
of Rustic Ranches, recorded in Official Record Book 9807, page 1471, and Official
Record Book 9804, page 330)

Collection Lien:
County Collection Services, Inc., a Florida corporation
c/o Mr. James P. McCarthy, registered agent
1136 Hatteras Circle
West Palm Beach, Florida 33413
(Lien holder against property of Willie Harris, a former owner of Lot R-5, Unrecorded
Subdivision of Rustic Ranches, recorded in Official Record Book 8291, page 242)

Tax Certificate:
National Tax Assistance Corp
Address unknown
(Holder of tax certificate for delinquent real estate taxes on Lot R-5, Unrecorded
Subdivision of Rustic Ranches)

Tax Certificate:
MLMCI Custodian (Cloverdale)
Address unknown
(Holder of tax certificate for delinquent real estate taxes on Lot R-5, Unrecorded
Subdivision of Rustic Ranches)

Gloria I. Marquez and Betty Escamilla and Maria Victoria Escamilla
3231 Pinehurst Drive
Lake Worth, Florida 33467-1417
Fee Owner of Lot R-7 Unrecorded Subdivision of Rustic Ranches Phase II as described
in Warranty Deed recorded in Official Record Book 3998, page 1882

SCHEDULE "B"
CONTINUED

Welfare Lien:
Palm Beach County, Florida
c/o Assistant County Attorney
301 North Olive Avenue, Suite 601
West Palm Beach, Florida 33401
(Lien holder against property of Betty Escamilla recorded in Official Record Book 7983, page 1074)

Leland Wright
Post Office Box 369
Loxahatchee, Florida 33470
Fee owner of Lot 15C, Unrecorded Subdivision of Rustic Ranches as described in Warranty Deed recorded in Official Record Book 8714, page 1589 and that certain Corrected Deed recorded in Official Record Book 8900, page 966, Fee Owner of Lot 15D, Unrecorded Subdivision of Rustic Ranches as described in Warranty Deed recorded in Official Record Book 8411, page 506, Fee Owner of Lot 16, Unrecorded Subdivision of Rustic Ranches as described in Warranty Deed recorded in Official Record Book 5365, page 1912, and Fee Owner of Lot 28, Unrecorded Subdivision of Rustic Ranches as described in Warranty Deed recorded in Official Record Book 6933, page 792,

Steven R. Tielens and Cynthia A. Tielens, his wife
1035 S. Federal Highway, #209
Delray Beach, Florida 33483-5144
Fee owner of Lot 2 Rustic Ranches, Phase I as described in Warranty Deed recorded in Official Record Book 5530, page 1589

Mortgage:
Barnett Bank of Palm Beach County
c/o J.T. Jones, Registered Agent
7320 South Dixie
West Palm Beach, Florida 33405
(Mortgage holder on the property of Steven R. Tielens and Cynthia A. Tielens, his wife recorded in Official Record Book 8808, page 23)

Leslie R. Phalen and Judith A. Phalen, his wife
10663 Boca Entrada Boulevard
Boca Raton, Florida 33428-5873
Fee owner of Lot 24 Unrecorded Subdivision of Rustic Ranches as described in Special Warranty Deed recorded in Official Record Book 11864, page 1787

SCHEDULE "B"
CONTINUED

Mortgage:
Bank of America, N.A.
3064 North Commerce Parkway
Miramar, Florida 33025
(Mortgage holder on the property of Leslie R. Phalen and Judith A. Phalen, his wife, recorded in Official Record Book 11864, page 1789)

Claim of Lien:
St. Mary's Hospital Inc.
c/o Valerie Larcombe, Registered Agent
1309 North Flagler Drive
West Palm Beach, Florida 33401
(Lien filed against the property of James Wilson and Lorna Wilson, former owners of Lot 24 Unrecorded Subdivision of Rustic Ranches, recorded in Official Record Book 8111, page 1838)

Claim of Lien:
St. Mary's Hospital Inc.
c/o Valerie Larcombe, Registered Agent
1309 North Flagler Drive
West Palm Beach, Florida 33401
(Lien filed against the property of Lorna Wilson, a former owner Lot 24 Unrecorded Subdivision of Rustic Ranches, recorded in Official Record Book 10398, page 385)

Code Enforcement:
City of Riviera Beach
600 West Blue Heron Boulevard
Riviera Beach, Florida 33404
(Code enforcement liens filed against property of James Wilson, Jr., a former owner of Lot 24 Unrecorded Subdivision of Rustic Ranches, recorded in Official Record Book 6786, page 1381; against James Wilson, Jr., a former owner of Lot 24 Unrecorded Subdivision of Rustic Ranches in Official Record Book 6912, page 1681; against James Wilson, a former owner of Lot 24 Unrecorded Subdivision of Rustic Ranches in Official Record Book 7924, page 963; against James Wilson, a former owner of Lot 24 Unrecorded Subdivision of Rustic Ranches, Official Record Book 7971, page 1942; and against James Wilson, Jr., a former owner Lot 24 Unrecorded Subdivision of Rustic Ranches, in Official Record Book 10041, page 169)

Judgment:
J & S Enterprises
Address Unknown
(Judgment creditor of James Wilson, a former owner of Lot 24 Unrecorded Subdivision of Rustic Ranches, recorded in Official Record Book 8870, page 813)

SCHEDULE "B"
CONTINUED

Judgment:
East Coast Supply Corp.
c/o Ronald Singer, Registered Agent
8601 NW 81st Road, Suite 1
Miami, Florida 33166
(Judgment creditor of James Wilson, a former owner of Lot 24 Unrecorded Subdivision
of Rustic Ranches, recorded in Official Record Book 4440, page 204)

Judgment:
State of Florida
c/o State Attorney of Palm Beach County
401 North Dixie Highway
West Palm Beach, Florida 33401
(Judgment creditor of James C. Wilson, James Wilson, James Earl Wilson, or James A.
Wilson, all former owners of Lot 24 Unrecorded Subdivision of Rustic Ranches,
recorded in Official Record Book 8853, page 540 against James C. Wilson; a former
owner of Lot 24 Unrecorded Subdivision of Rustic Ranches; recorded in Official Record
Book 9329, page 123 against James Wilson, a former owner of Lot 24 Unrecorded
Subdivision of Rustic Ranches; recorded in Official Record Book 9658, page 182;
against James Wilson, a/k/a David Williams, a former owner of Lot 24 Unrecorded
Subdivision of Rustic Ranches; recorded in Official Record Book 9728, page 429;
against James C. Wilson, a former owner of Lot 24 Unrecorded Subdivision of Rustic
Ranches; recorded in Official Record Book 9844, page 487; against James Wilson, a
former owner of Lot 24 Unrecorded Subdivision of Rustic Ranches; recorded in Official
Record Book 9802, page 715; against James Earl Wilson, a former owner of Lot 24
Unrecorded Subdivision of Rustic Ranches; and recorded in Official Record Book
10102, page 1788. against James A. Wilson, a former owner of Lot 24 Unrecorded
Subdivision of Rustic Ranches)

Judgment:
Frank Lash Ins. Inc.
c/o Frank Lash, Registered Agent
301 Broadway, Suite 110
Riviera Beach, Florida 33404
(Judgment creditor of James Wilson, a former owner of Lot 24 Unrecorded Subdivision
of Rustic Ranches, recorded in Official Record Book 3260, page 235)

Judgment:
Wendell Butler's Supply Corp.
c/o James R. Mantey, Registered Agent
1307 NW Third Street
Deerfield Beach, Florida 33442
(Judgment creditor of James Wilson, a former owner of Lot 24 Unrecorded Subdivision
of Rustic Ranches, recorded in Official Record Book 3171, page 814)

SCHEDULE "B"
CONTINUED

Judgment:
Sally Garber Beberman
c/o Susan I. Needham, Esquire
1401 Forum Way, Suite 800
West Palm Beach, Florida 33401
(Judgment creditor of James Earl Wilson, a former owner of Lot 24 Unrecorded
Subdivision of Rustic Ranches, recorded in Official Record Book 4605, page 846)

Judgment:
Palm Beach Newspapers, Inc.
c/o CT Corporation System
1200 South Pine Island Road
Plantation, Florida 33324
(Judgment creditor of James Wilson, a former owner of Lot 24 Unrecorded Subdivision
of Rustic Ranches, recorded in Official Record Book 3181, page 1246)

Judgment:
American Press Association, Inc. d/b/a Weekday & Pennysaver
c/o John Carroll, Registered Agent
826 Park Avenue
Lake Park, Florida
(Judgment creditor of Jim Wilson, a former owner of Lot 24 Unrecorded Subdivision of
Rustic Ranches, recorded in Official Record Book 3116, page 587)

Judgment:
Meyer's Turf, Inc.
c/o Guy Wyatt, Registered Agent
8309 Steeplechase Drive
Palm Beach Gardens, Florida 33418
(Judgment creditor of Jim Wilson, a former owner of Lot 24 Unrecorded Subdivision of
Rustic Ranches, recorded in Official Record Book 4643, page 51)

Judgment:
Charles Schwaber
24 St. James Drive
Palm Beach Gardens, Florida 33418
(Judgment creditor of Jim Wilson, a former owner of Lot 24 Unrecorded Subdivision of
Rustic Ranches, recorded in Official Record Book 9521, page 296)

Mary E. Martin and Jan M. Shakespeare
16493 Rustic Road
Loxahatchee, Florida 33470
Fee owners of Lot 8 Unrecorded Subdivision of Rustic Ranches as described in
Warranty Deed recorded in Official Record Book 10308, page 34

SCHEDULE "B"
CONTINUED

Mortgage:
GMAC Mortgage Corporation
Serve on: CT Corporation System
1200 South Pine Island Road
Plantation, Florida 33324
(Mortgage holder on the property of Mary E. Martin and Jan M. Shakespeare recorded in Official Record Book 10308, page 36, assigned in Official Record Book 10921, page 374, assigned in Official Record Book 10921, page 375, and assigned in Official Record Book 11630, page 344)

Order:
Charles W. Ford
22745 Southwest  55th Way
Boca Raton, Florida 33433
(Order filed against property of Mary Ann Martin recorded in Official Record Book 3363, page 1716, certified)

Order:
Carter J. Allen and Thelma L. Allen, his wife
C/O Alan W. Kaback, Esquire
3300 North University Drive, Suite 507
Coral Springs, Florida 33065
(Order filed against property of Mary Martin recorded in Official Record Book 4673, page 445, not certified)

Judgment:
Al Packer Ford, Inc.
c/o Douglas E. Thompson, Registered Agent
4524 Gun Club Road, Suite 101
West Palm Beach, Florida
(Judgment creditor of Mary Martin recorded in Official Record Book 4479, page 949)

Federal Tax Liens:
Internal Revenue Service, Special Procedures Branch
1 North University Drive, Stop 5730
Plantation, Florida 33324
(Federal tax lien filed against property of Mary Martin recorded in Official Record Book 7633, page 345, in Official Record Book 8415, page 1508, in Official Record Book 9081, page 1206 and in Official Record Book 9377, page 1138)

SCHEDULE "B"
CONTINUED

Notice of Lien:
Palm Beach County and County Collection Center, Inc.
c/o Mr. James P. McCarthy, registered agent
1136 Hatteras Circle
West Palm Beach, Florida 33413
and
c/o Assistant County Attorney
301 North Olive Avenue, Suite 601
West Palm Beach, Florida 33401
(Lien filed against the property of Mary Martin recorded in Official Record Book 7667,
page 1702 and Official Record Book 7743, page 1281)

Judgment:
State of Florida
c/o State Attorney of Palm Beach County
401 North Dixie Highway
West Palm Beach, Florida 33401
(Judgment creditor of Mary Martin recorded in Official Record Book 11550, page 1131,
certified in Official Record Book 11557, page 476)

UNKNOWN OWNERS
Addresses Unknown

ALL UNKNOWN HEIRS, LEGATEES OR ASSIGNS, OF PURPORTED OWNERS, IF
DECEASED
Addresses Unknown

ESTIMATED JUST COMPENSATION:

Estimated just compensation for the above described property is the provision of the
alternate drainage and irrigation facilities as set forth in Schedule "D" and the sum of
ELEVEN THOUSAND and 00/100 ($11,000.00) DOLLARS deposited in the registry of the
court.

ESTATE TO BE ACQUIRED:

All outstanding rights, title, and interests contained in the easement described in Official
Record Book 2236, page 1757, records of Palm Beach County, Florida, subject to the
continuing right to use the current drainage and incidental use of irrigation as provided
in the easement until functionally equivalent drainage and incidental use of irrigation is
provided and interests therein deeded to the current subject easement holders as
provided in accordance with the Rustic Ranches Easement Relocation Plan.



STATE INDEX

VICINITY

Lake Okeechobee

STA 1E

C139 Annex Basin

SOUTHERN S. 98

RGE 40 E
RGE 41 E

TWP 43 S
TWP 44 S

31

6

7

18

19

27

31

30

6000

4900

102.030

102.0

2

15

855 000 Feet

850 000 Feet

845 000 Feet

840 000 Feet

835 000 Feet

830 000 Feet

715 000 ft.

730 000 ft.

BASED ON FLORIDA STATE PLANE NAD 27

| ACREAG | | |
|---|---|---|
| | FEE | EASI |
| RP. ET, AL | 35. | |

DEPARTMENT OF THE ARMY
U.S. ARMY ENGINEER DISTRICT JACKSONVILLE
CORPS OF ENGINEERS

PALM BEACH COUNTY, FLORIDA

REAL ESTATE MAP

C51 WEST END/
STORMWATER TREATMENT AREA 1-E

MAPPING OF THE LAND DEPICTED ON
THIS SHEET WAS PREFORMED BY
SOUTH FLORIDA WATER MANAGEMENT DISTRICT

| DATED | JULY 1999 | ../sta/coe/condem/t102137.map | SHEET 1 | OF 1 |
|---|---|---|---|---|

SCHEDULE "D"

Rustic Ranches Subdivision
Easement Relocation Plan
C-51 Westend/STA-1E Project, Florida

1. Purpose:  The purpose of this report is to describe a plan to provide substitute drainage and incidental irrigation uses as just compensation to the owners of lots in the Rustic Ranches Subdivision.  The owners of individual lots in the Subdivision presently enjoy a nonexclusive easement for ingress, egress, drainage, utilities and for any other use incidental thereto 75 feet in width which crosses lands needed for the project.  The continued existence of this easement will interfere with the construction, operation, and maintenance of the Project.  Therefore, it is necessary to extinguish the easement.  As access and utilities are not currently provided to the subdivision by the easement, no provisions for substitute access or utilities are needed.

2. Location:  C-51 (West Palm Beach Canal) is a component of the Central and Southern Florida Project for flood control and other purposes.  The C-51 basin is located in Palm Beach County, Florida and extends from the edge of Water Conservation Area No. 1 (also known as the Arthur R. Marshall Loxahatchee National Wildlife Refuge) on the west to Lake Worth on the east near the southerly limits of the City of West Palm Beach.  The drainage area of the basin is approximately 164 square miles.  Stormwater Treatment Area-1 East (STA-1E) is a component of the authorized C-51 West End Project.

3. Background:  The West Palm Beach Canal (C-51) is part of the comprehensive Central and Southern Florida Project first presented in House Document 643, 80th Congress.  The comprehensive plan was authorized in two phases, the first in 1948, and the second in 1954.  The local sponsor was the Central and Southern Florida Flood Control District, created by the State legislature in 1949, and renamed the South Florida Water Management District in 1976.  Improvements to the West Palm Beach Canal for flood control purposes were presented in Senate Document 146, 87th Congress and authorized by the Flood Control Act of 1962.  Additional improvements for water supply and flood control purposes were presented in House Document 369, 90th Congress and authorized by the Flood Control Act of 1968.

The General Design Memorandum for the entire basin was completed in May 1972.  The approved General Design Memorandum recommended the addition of spillway S-155A to the authorized plan.  A Detailed Design Memorandum (DDM) was completed in December 1972.  Addendum 1 to the DDM was completed in December 1981 and proposed changes to the east end of the C-51 Canal and spillway S-155 from the plan presented in the 1972 DDM.

1

SCHEDULE "D"
CONTINUED

Construction of the eastern basin features of the plan was initiated in 1982. Addendum 2 to the DDM, covering the western portion of the basin, was originally prepared in 1984. Due to objections raised by several agencies regarding backpumping directly into Water Conservation Area No. 1, the recommended plan for the western portion of the basin was modified to include a detention area and a smaller capacity for pumping station S-319. These changes were recommended in a 1989 addendum to the DDM. However, construction of the western basin project features was put on hold while litigation between the Federal Government and the State of Florida over water quality in the Everglades proceeded. As a result of the lawsuit settlement, and the State of Florida's Everglades Forever Act, changes to the proposed C-51 western basin project were necessary.

Section 315 of the Water Resources Development Act of 1996 authorized the "construction of an enlarged stormwater detention area, Storm Water Treatment Area 1 East (STA-1E), generally in accordance with the plan of improvements described in the February 15, 1994, report entitled 'Everglades Protection Project, Palm Beach County, Conceptual Design', with such modifications as are approved by the Secretary. The additional work authorized by this section shall be accomplished at Federal expense. Operation and maintenance of the stormwater detention area shall be consistent with regulations prescribed by the Secretary for the Central and Southern Florida project, and all costs of such operation and maintenance shall be provided by non-Federal interests." In June 1996 the Design Memorandum was modified and resubmitted and presents the same plan as the June 1992 DDM, but recommended the "Authorized Plan" which includes the replacement of a detention area with STA-1E from the Everglades Protection Project. The Authorized Plan is also a product of the Technical Mediated Plan, which has been agreed to by Department of Justice, Department of Interior, Department of Army, the State of Florida, and the South Florida Water Management District. The State of Florida's Everglades Forever Act is based, in part, on the Technical Mediated Plan. The Design Memorandum was approved in October 1998.

4. Authorized Plan: As described above, changes to the western C-51 basin project were required as a result of litigation and subsequent legislation. In August 1995, the South Florida Water Management District's consultant, Burns & McDonnell, completed a General Design Memorandum for STA-1 East and STA-1 West. The GDM presented a preliminary design for STA-1 based on the requirements contained in the Conceptual Design, Everglades Protection Project, February 1994, by Burns & McDonnell. That Conceptual Design was developed through the combined efforts of representatives of a wide variety of federal and state agencies and private interests affected by and interested in the continuing

2

SCHEDULE "D"
CONTINUED

efforts to protect and restore the Everglades.  The U.S. Army Corps of Engineers revised the plan for western C-51 based on the Conceptual Design.  The June 1996 Design Memorandum replaced the proposed 2.5-square-mile detention area with Stormwater Treatment Area 1 East planned in the Everglades Protection Project.  The planned Stormwater Treatment Area is designed to treat runoff from the western C-51 basin prior to discharge into Water Conservation Area No. 1 and the everglades ecosystem.

5.  Current Situation:  Rustic Ranches is a Subdivision that encompasses all of Section 13, Township 44 South, Range 41 East in Palm Beach County, Florida. The location of Rustic Ranches with respect to the Project is shown on attached Plate One entitled "C-51 Existing Drainage Easement".  This section of land is not in the Project boundaries. However, the western and northern boundaries of Section 13 abut the southern boundary of Section 12 and the eastern boundary of Section 14 that are in the Project. The interior roads are private non-exclusive easements. There is an easement recorded in Official Record Book 2236, page 1757 records of Palm Beach County, Florida that traverses the Project for ingress, egress, drainage, utilities and for any other use incidental thereto over and upon a strip of land 75 feet in width, the center line being described as follows:

        (a) Commencing at the intersection of the South line of the West Palm Beach Canal and the East line of Section 34, Township 43 South, Range 40 East, Palm Beach County, Florida, thence North 88° 21' 18" West along the said South line of the West Palm Beach Canal, a distance of 88 feet to the POINT OF BEGINNING of the hereinafter described center line; thence South 01° 15' 44" West through Section 34, Township 43 South, Range 40 East, Hiatus Lot 3, Sections 3 and 10, Township 44 South, Range 40 East, to a point 37.5 feet South of the South line of the North half of Section 15, Township 44 South, Range 40 East; also Easterly from said line, along the South line of the North half of said Section to the West line of Section 14, Township 44 South, Range 40 East.

        (b) A strip of land 75 feet in width extending completely across said Section 14 in an East-West direction, the centerline thereof being located at the South line of the North half of said Section 14.

        (c) A strip of land 60 feet in width in Section 13, Township 44 South, Range 40 East, extending in a north-south direction, the Western Line thereof being (i) the West Line of the Northwest Quarter of said Section 13 and (ii) the North 37.5 feet of the West Line of the Southwest Quarter.

3

SCHEDULE "D"
CONTINUED

(d) A strip of land 60 feet extending completely across said Section 13 in an east-west direction, the Center Line thereof being the South Line of the North Quarter of the North Half of Section 13, Township 44 South, Range 40 East.

The location of this easement is shown by the two dark solid lines labeled drainage on Plate One. (Only (a) and (b) above are involved in this relocation plan, (c) and (d) are not in the Project area, and are not affected by this relocation)

Physical access to Rustic Ranches is not provided by the easement. Rather, access to Rustic Ranches is provided by Flying Cow Road, a public road located to the East of STA-1E. A portion of this roadway is within a dedicated county road right-of-way and a portion is within the right-of-way of the Acme Improvement District. The roadway has been under courtesy maintenance by the County for over twenty years. The Department of Engineering and Public Works for Palm Beach County, after checking with the County Attorney's Office, has advised that since the County has maintained the road for over twenty years it is considered to be dedicated to public use and is considered a part of the County road system pursuant to statute. A copy of the letter is attached. Flying Cow Road provides legal access to the private road system at the northeast corner of Section 13. The only utilities that serve the Subdivision are electric and telephone. Those utilities come into the Subdivision under permits issued by Palm Beach County along the county road right-of-way. No utilities run through the easement. Thus, only drainage is actually provided by the easement. These are the reasons why the provision of substitute access and utilities is not necessary.

Currently drainage in Rustic Ranches is through a series of internal canals that come together to a single discharge point, shown as existing 36-inch CMP with riser on Plate One, which then traverses the footprint of STA-1E through a series of canals that basically run west then north to an outfall at C-51. The term 36-inch CPM with riser refers to a corrugated metal pipe with a device to control water levels entering the pipe. The construction of STA-1E does not affect any of the Rustic Ranches internal canals, only the route and outfall at C-51. The location of this canal within the STA-1E footprint is shown on Exhibit "C" to the Declaration of Taking as well as on Plate One.

The owners in Rustic Ranches, and former owners in the footprint of STA-1E are members of the Pine Tree Water Control District (PTWCD). The PTWCD was created pursuant to Chapter 298, Florida Statutes in 1971 for the purpose of reclaiming the lands within its boundaries for water control and water supply purposes, and to protect the land from the effects of water by means of the

4

SCHEDULE "D"
CONTINUED

construction and maintenance of a surface water management system.  Rustic
Ranches is a part of the PTWCD. The existing drainage/outfall for the lands in
Rustic Ranches will be replaced by Pumping Station S-361. The location of
Pumping Station S-361 is shown on Plate Three. It is labeled there as "NEW
PUMPING STATION". As discussed below, the drainage from the lands in the
PTWCD will be pumped into STA-1E.

Irrigation is an incidental use under the terms of the easement.  The
irrigation shares a portion of the drainage easement and then connects to Rustic
Ranches by separate canals as shown by the two dotted lines on Plate One. The
irrigation canal shown by the dotted lines on Plate One is not a part of the
easement being condemned.  However, the owners do rely on a portion of the
subject easement for irrigation.

Unless an alternate plan for drainage and the incidental use of irrigation is
approved, the owners in Rustic ranches will be deprived of their drainage and
irrigation rights by the construction of the Project.

6.  Relocation Plan:

(a) Drainage: Construction of STA-1E will be done in several contracts.
Construction contracts have been divided so as to not disrupt either drainage or
irrigation to Rustic Ranches.  No changes will be made in the manner in which
irrigation is provided to Rustic Ranches during construction.  Drainage will be
provided by a temporary canal from within the Project area.  These are shown as
dotted lines on attached Plate Two entitled "C-51 Temporary Drainage Canal".
This work will not affect Rustic Ranches internal canal system, only the route to
the outfall at the C-51.  The design and construction of STA-1E recognizes the
existing drainage and irrigation requirements for Rustic Ranches. Ultimately the
drainage system for landowners in Rustic Ranches will be replaced by a new
drainage canal and Pumping Station S-361 that will drain directly into the Project.
A canal constructed on the boundary of STA-1E will provide irrigation.  These
features are shown on the attached Plate Three entitled "C-51 Final Drainage
Easement".

Pumping Station S-361 will be located within the Project footprint by the
Northwest corner of Rustic Ranches. It is a secondary inflow pumping station to
STA-1E with three pumps having a combined capacity of 75 cfs. The pumps are
intended to provide drainage and seepage control service to those lands south
and east of STA-1E which are presently drain into the C-51 west end but which
will be hydraulically severed as a result of the construction of STA-1E.  The

5

SCHEDULE "D"
CONTINUED

presently permitted discharge rate from Section 13 is 1-inch of runoff per day (27 cubic feet per second (cfs)). Discharges will be conveyed to STA-1E through pumping station S-361. The location of the pumping station is shown on Plate 3. Plates Four through Seven show typical drawings for Pumping Station 361. These drawings are included to show the how and where drainage will be provided for the Rustic Ranches Subdivision.

Seepage/Drainage Canal. Seepage control and drainage along the east side of STA-1E to the north of Rustic Ranches will be achieved through the construction of a seepage/drainage collection canal immediately outside of the perimeter levee. Accumulated seepage along the eastern portion of STA-1E by Rustic Ranches will be conveyed north by gravity to pumping station S-361 and discharged directly to the interior of the STA. This canal is labeled "NEW DRAINAGE CANAL" on Plate Three. Rustic Ranches will connect to this canal. Its permitted discharges will be conveyed directly to the interior of STA-1E by pumping station S-361. In addition to drainage, Rustic Ranches may require supplemental water if seepage is insufficient to meet irrigation demands. Water control structures in the seepage canal will be manipulated to bring water in from C-51 to the south by gravity if needed during dry times. These canals are shown on Plate Three. The canal is oversized to provide the needed material to build the adjacent earthen levees of the STA. Typical drawings of the seepage canal are shown on Plates Eight and Nine. The location of seepage canal is shown on Plate 3. These drawings are included to show how and where the substitute irrigation water will be provided.

The South Florida Water Management District (SFWMD), the Project's local sponsor, owns fee title to the lands burdened by the easement. Additionally, the SFWMD either currently owns or will own in fee all the lands needed for the construction, operation and maintenance of the Project. The SFWMD has agreed to grant a non-exclusive easement for drainage and incidental use of irrigation purposes to the owners of lots in Rustic Ranches by the time the Pumping Station S-361 is complete to allow drainage into the Project area. The SFWMD has entered into an agreement with the United States agreeing to convey the required easement interests to the owners in Rustic Ranches. As the Project's local sponsor, the SFWMD will be responsible for the future operation and maintenance of the Project. It is also responsible for secondary drainage into the Project. Having acquired land for the Project, the SFWMD has become the largest landowner in the Pine Tree Water Control District. Operation and maintenance of the pumping facility and canal system to maintain the irrigation and drainage that Rustic Ranches currently enjoys will be the responsibility of the SFWMD.

SCHEDULE "D"
CONTINUED

(b) Access: Physical access through the Project to Rustic Ranches is not currently possible via the existing easement. In order to access a public road the West Palm Beach Canal, C-51, would have to be bridged. Likewise bridges over canals within what is now the project area would have to be constructed along with the construction of a roadway. Access to Rustic Ranches is currently achieved from Southern Boulevard, a/k/a U.S. Highway 98, southward along Flying Cow Road that is a part of the dedicated County public road system. Since the owners of the lots in Rustic Ranches currently enjoy access via a public road, the provision of an alternate means of access is not necessary.

(c) Utilities: No utility service is provided through the existing easement. Service is provided via utility permits in the deeded public right-of-way. Since service is provided by an alternate route, the extinguishment of the utility portion of the existing easement would not in fact damage the owners.

7. Project Status: Pumping Station S-361 is currently under construction. Construction is scheduled for completion 30 May 2002. Several contracts for earthwork, including the perimeter levees and associated drainage and seepage canals have been prepared and are expected to be awarded in fiscal year 2002. The contract, contract number 5, for the clearing and grading on most of the STA-1E is scheduled for award in November 2001, with completion in June 2003. A requirement in this contract is that the current drainage and incident use of irrigation not be interrupted. Thus, the owners in Rustic Ranches will not be impacted by the work performed under this contract. Contract number 6 provides for the levees and internal works on the eastern 'half' of STA-1E. It includes the seepage and drainage canal that will be the substitute route for the Rustic Ranches drainage and irrigation water. It will be constructed concurrently with Contract 7 (western 'half'). It is required that the existing drainage be uninterrupted until such time as the drainage canal is operational and the internal cell 4S, the cell in STA-1E that is located immediately to the west of Rustic ranches, is completed and able to accept inflow from Pumping Station -361. This contract is scheduled to be awarded in May 2002 with completion scheduled for September 2003. Contract 7 provides for the levees and internal works on the western 'half' of STA-1E. It will be constructed concurrently with Contract 6 (eastern 'half'). It is required that the existing drainage be uninterrupted until such time as the drainage canal and internal cell 4S are completed. This is the work covered by contract number 6. This contract is scheduled to be awarded in May 2002 with completion scheduled for September 2003. The sequencing of the work insures that the owners in Rustic Ranches will not be affected by the construction of the Project. From their standpoint, it will be as if the Project was not constructed. Drainage and the incidental use of irrigation will be continuously provided.

7



November 8, 2000

**Department of Engineering
and Public Works**

P.O. Box 21229

West Palm Beach, FL 33416-1229

(561) 684-4000

www.co.palm-beach.fl.us

■

**Palm Beach County
Board of County
Commissioners**

Maude Ford Lee, Chair

Warren H. Newell, Vice Chairman

Karen T. Marcus

Carol A. Roberts

Mary McCarty

Burt Aaronson

Tony Masilotti

**County Administrator**

Robert Weisman

Robert T. Boal, III, Senior Attorney
Real Estate Division
U.S. Army Corps of Engineers, Jacksonville District
P.O. Box 4970
Jacksonville, Florida 32232-0019

Re:     Rustic Ranches Subdivision
        Flying Cow Road

Dear Mr. Boal:

Regarding your further inquiry as to the status of Flying Cow Road immediately
north of the Rustic Ranches subdivision, Paul King, Assistant County Attorney
for right-of-way matters, has determined that Sec.95.361, F.S., applies to the
entire courtesy maintained roadway, including the approximately 1500 ft. segment
in Sec.18, Twp.44S, Rge.41E. Therefore, he has confirmed that this segment,
although outside the deeded County right-of-way, is considered to be publicly
dedicated and part of the County road system per statute. If you have any further
questions regarding this issue, please contact me or David Cuffe at 561-684-4090.

Very truly yours,

K.S.Rogers, P.E., Director
Land Development Division

KSR:DGC:mk

Ref:FlyingCowRdmk.mis

"An Equal Opportunity
Affirmative Action Employer"

 printed on recycled paper



...\rustic\DrainEase_Existing.dgn   01/09/2002 11:18:14 AM



C-51 CANAL

33

84

36

FLYING COW RD

4

9

N

L-40 BORROW CANAL

IRRIGATION

DRAINAGE

RUSTIC
RANCHES

13

EXISTING
36-INCH CMP
WITH RISER

WATER
CONSERVATION
AREA
No. 1

STATE
PROJECT
LIMITS

23

24

PLATE TWO

DEPARTMENT OF THE ARMY
JACKSONVILLE DISTRICT, CORPS OF ENGINEERS
JACKSONVILLE, FLORIDA

CENTRAL & SOUTHERN FLORIDA PROJECT
FOR FLOOD CONTROL AND OTHER PURPOSES
C-51
TEMPORARY
DRAINAGE EASEMENT

...\DGN\rustic\DrainEase_Temp.dgn  01/09/2002 11:19:09 AM





PLATE FOUR



PLATE FIVE



SECTION H-H
SCALE "V"

SECTION G-G
SCALE "V"

SECTION F-F
SCALE "V"

SECTION E-E
SCALE "V"

NOTE:
1. FOR LOCATION OF SECTIONS E-E THRU H-H,
   SEE DWG. NO 2/2.

PLATE SIX

..\DGN\DGN\S3611s36110205.dgn  10/23/2001 08:30:57 AM



PLATE SEVEN

\DGN\DGN\S361\s3610204.dgn  10/23/2001 08:26:43 AM



PLATE EIGHT



PLATE NINE

I, Christopher T. Smith do hereby certify that I am a Professional Engineer licensed by the State of Florida and employed by the Jacksonville District, U.S. Army Corps of Engineers, and that the information contained in the Rustic Ranches Subdivision Easement Relocation Plan C-51 Westend/STA-1 East Project, Florida was assembled under my direct responsible charge, and is based on information and data that was available and obtained from sources described therein. Based on my best professional judgment, the alternate facilities described therein provide comparable capacity for irrigation and drainage to the affected landowners.

Christopher T. Smith, P.E.

(Rev. 12/96)

# CIVIL COVER SHEET   02 - 80382

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS

UNITED STATES OF AMERICA

## DEFENDANTS

35.40 Acres of Land, More or less, Situated in Palm Beach County, Florida; and Rustic Ranches Development Coporation, et al.

**MAGISTRATE JUDGE SIMONTON**

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF

(EXCEPT IN U.S. PLAINTIFF CASES)

Palm Beach   ccv 80382 / d cTt/Simonton

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT

(IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)
Barbara A. Junge, Assistant U.S. Attorney
99 N.E. 4th Street
Miami, Florida 33132
(305) 961-9412

ATTORNEYS (IF KNOWN)

(d) CIRCLE COUNTY WHERE ACTION AROSE:   DADE,   MONROE,   BROWARD,   PALM BEACH,   MARTIN,   ST. LUCIE,   INDIAN RIVER,   OKEECHOBEE,   HIGHLANDS

## II. BASIS OF JURISDICTION (PLACE AN "X" IN ONE BOX ONLY)

☒ 1 U.S. Government Plaintiff

☐ 2 U.S. Government Defendant

☐ 3 Federal Question (U.S. Government Not a Party)

☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN "X" IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)
(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## VI. ORIGIN (PLACE AN "X" IN ONE BOX ONLY)

☒ 1 Original Proceeding

☐ 2 Removed from State Court

☐ 3 Remanded from Appellate Court

☐ 4 Reinstated or Reopened

☐ 5 Transferred from another district (specify)

☐ 6 Multidistrict Litigation

☐ 7 Appeal to District Judge from Magistrate Judgment

## V. NATURE OF SUIT (PLACE AN "X" IN ONE BOX ONLY)

| A CONTRACT | A TORTS | | FORFEITURE/PENALTY | A BANKRUPTCY | A OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | B☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - Med. Malpractice | B☐ 620 Other Food & Drug | | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | | B☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 423 Withdrawal 28 USC 157 | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 365 Personal Injury - Product Liability | | | B☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | ☐ 368 Asbestos Personal Injury Product Liability | B☐ 630 Liquor Laws | **A PROPERTY RIGHTS** | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | **PERSONAL PROPERTY** | B☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| B☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | B☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 810 Selective Service |
| B☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | B☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 850 Securities/Commodities/Exchange |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | B☐ 690 Other | **B SOCIAL SECURITY** | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | **A LABOR** | ☐ 861 HIA (1395ff) | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product Liability | | | ☐ 710 Fair Labor Standards Act | ☐ 862 Black Lung (923) | ☐ 892 Economic Stabilization Act |
| **A REAL PROPERTY** | **A CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 720 Labor/Mgmt. Relations | ☐ 863 DIWC/DIWW (405(g)) | ☐ 893 Environmental Matters |
| ☒ 210 Land Condemnation | ☐ 441 Voting | B☐ 510 Motions to Vacate Sentence | | ☐ 864 SSID Title XVI | ☐ 894 Energy Allocation Act |
| B☐ 220 Foreclosure | ☐ 442 Employment | **HABEAS CORPUS:** | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | ☐ 865 RSI (405(g)) | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations | B☐ 530 General | ☐ 740 Railway Labor Act | **FEDERAL TAX SUITS** | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 240 Torts to Land | ☐ 444 Welfare | B☐ 535 Death Penalty | ☐ 790 Other Labor Litigation | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights | B☐ 540 Mandamus & Other | A☐ 791 Empl. Ret. Inc. Security Act | ☐ 871 IRS - Third Party 26 USC 7609 | ☐ 890 Other Statutory Actions A OR B |
| ☐ 290 All Other Real Property | | B☐ 550 Civil Rights | | | |
| | | B☐ 555 Prison Condition | | | |

## VI. CAUSE OF ACTION (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY.)

16 U.S.C.410r-5

(Land Commissioner, Other East Everglades cases covered by Admin. Orders 96-13, 97-08 & 99-20)

LENGTH OF TRIAL
via    days estimated (for both sides to try entire case)

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND:   ☐ YES   ☐ NO

## VIII. RELATED CASE(S) IF ANY (See instructions):

JUDGE        DOCKET NUMBER

DATE   4/29/02

SIGNATURE OF ATTORNEY OF RECORD   Barbara J. Junge

## FOR OFFICE USE ONLY

RECEIPT #     AMOUNT     APPLYING IFP     JUDGE     MAG. JUDGE

This form was electronically produced by Elite Federal Forms, Inc.