AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,

V.

35.40 ACRES OF LAND, MORE OR LESS, SITUATED IN PALM BEACH COUNTY, STATE OF FLORIDA; and RUSTIC RANCHES DEVELOPMENT CORPORATION, et., al, AND UNKNOWN OWNERS,

## SUMMONS IN A CIVIL CASE

CASE NUMBER: 02-80382-CIV-HURLEY/LYNCH

2003 JUN 30 PM 1:44

TO: (Name and address of defendant)

DEBORAH MEEHAN
16693 DEER PATH LANE
LOXAHATCHEE, FLORIDA 33470

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

UNITED STATES ATTORNEY'S OFFICE
NORMAN O. HEMMING, III
ASSISTANT UNITED STATES ATTORNEY
99 N.E. 4th AVENUE
MIAMI, FLORIDA 33132

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLARENCE MADDOX
CLERK

JUN 30 2003
DATE

(BY) DEPUTY CLERK

1084